Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Creature, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0676649** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **111 S. Jackson St.** <br> **Suite 451** <br> **Seattle, WA 98104** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **King** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **Welcometocreature.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Case 16-12940-CMA     Doc 1     Filed 05/31/16     Ent. 05/31/16 15:24:02     Pg. 1 of 68

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5418_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|-------------|------|-------------|-------------|-------------|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|--------|-------------|--|--------------|-------------|
| District | _____ | When | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

████  **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 31, 2016**
             MM / DD / YYYY

**X /s/ Matt Peterson**                              **Matt Peterson**
Signature of authorized representative of debtor      Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ James L. Day WSBA**                   Date **May 31, 2016**
Signature of attorney for debtor                   MM / DD / YYYY

**James L. Day WSBA**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone  **206-292-2110**     Email address

**#20474**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Creature, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2016**      X **/s/ Matt Peterson**
                                               Signature of individual signing on behalf of debtor

                                               **Matt Peterson**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Creature, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AOL Advertising, Inc. PO Box 5696 New York, NY 10087 | Irene Jennings Irene.Jennings@teamaol.com 757-504-1542 | | | | | $110,808.99 |
| Billups, Inc. PO Box 3558 Portland, OR 97208 | Natalie Stoll natalie.stoll@billupsww.com 503-454-0714 | | | | | $161,335.00 |
| Bonnier Corporation AR Departement 460 N Orlando Ave Suite 200 Winter Park, FL 32789 | Joyce Lewis joyce.lewis@bonniercorp.com 407-571-4508 | | | | | $49,613.69 |
| DataXu, Inc. P.O. Box 347738 Pittsburgh, PA 15251 | Andy Dale lmczeke@dataxu.com | | | | | $82,384.84 |
| Defy Media, LLC 498 7th Ave 19th Floor New York, NY 10018 | Chris Geronimo cgeronimo@defymedia.com 212-329-8497 | | | | | $71,962.36 |
| Discovery Digital PO Box 79971 Baltimore, MD 21279 | Gabriel Gomez gabriel_gomez@discovery.com 240-662-4354 | | | | | $73,410.34 |
| Dstillery 470 Park Ave S. 6th Floor New York, NY 10016 | Nicole Scher nscher@dstillery.com 646-745-1576 | | | | | $131,850.70 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ESPN (Magazine & Digital)** **147 W 66th St** **5th Floor** **New York, NY 10023** | **Nancy Mackinnon** **Nancy.L.Mackinnon@disney.com** **818-553-7837** | | | | | $283,992.15 |
| **Internet Brands, Inc.** **909 N. Sepulveda Blvd** **11th Floor** **El Segundo, CA 90245** | **Natalie Gomez** **natalie.gomez@internetbrands.com** **310-280-4585** | | | | | $62,052.89 |
| **Jim Haven Sr. & Janice Haven** **5808 Glacier Way** **Yakima, WA 98908** | | | | | | $250,000.00 |
| **Millennial Media** **2400 Boston St** **Suite 300** **Baltimore, MD 21224** | **Rachel Chand** **rachel.chand@teamaol.com** **443-681-6005** | | | | | $69,894.45 |
| **Perform Sporting News, LLC** **120 West Morehead Street** **c/o Taj Polite** **Charlotte, NC 28202** | **Taj Polite** **tpolite@sportingnews.com** **704-973-1540** | | | | | $120,868.25 |
| **Quantcast** **740 Walt Whitman Rd** **Melville, NY 11747** | **Sean Morris** **seanm@agaltd.com** **631-719-8020** | | | | | $47,000.00 |
| **Robson Grieve** **480 Pullman Road** **Hillsborough, CA 94010** | | | | | | $42,489.43 |
| **Scripps Network** **9721 Sherrill Blvd** **Knoxville, TN 37932** | **Terri Gibbs** **TGibbs@scrippsnetworks.com** **865-560-3910** | | | | | $78,341.19 |
| **The Enthusiast Network** **831 S. Douglas St** **El Segundo, CA 90245** | **Michael Cummings** **mcummings@enthusiast.com** **310-363-4088** | | | | | $119,740.97 |
| **Time Inc./Sports Illustrated** **225 Liberty Street** **Attn: Sheila Vaughan 04-703** **New York, NY 10281** | **Sheila Vaughan** **sheila_vaughan@timeinc,com** **212-522-2007** | | | | | $97,500.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TMB: Readers Digest**<br>**44 South Broadway**<br>**White Plains, NY**<br>**10601** | **Sandra Cox**<br><br>**Sandra.Cox@rd.com** | | | | | **$51,481.69** |
| **Turner (Bleacher Rep. Nascar)**<br>**PO Box 32017**<br>**New York, NY 10087** | **Shelly Mullis**<br><br>**Shelly.Mullis@turner.com**<br>**404-878-0657** | | | | | **$76,520.50** |
| **Vox Media, Inc. / SB Nation**<br>**PO Box 200064**<br>**Pittsburgh, PA**<br>**15251** | **Chris Chetelat**<br><br>**chris.chetelat@voxmedia.com**<br>**443-307-3089** | | | | | **$159,356.06** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor name        **Creature, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*......................................................................   $         **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*..................................................................   $         **597,825.06**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................   $         **597,825.06**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $         **63,058.46**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $         **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$         **2,571,510.44**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b

$         **2,634,568.90**

Debtor name     **Creature, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number *(if known)*

☐ Check if this is an
  amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BofA** | **checking** | **7119** | $114,890.94 |
| 3.2. | **BofA** | **Petty cash** | **7122** | $0.39 |
| 3.3. | **BofA** | **checking** | **5358** | $388.40 |
| 3.4. | **BofA** | **checking** | **3453** | $75,500.00 |
| 3.5. | **Umpqua** | **checking** | **9601** | $1,538.59 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $192,318.32 |
   |---|

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

     8.1.   Rent Deposit as of May 16, 2016.                                         $21,332.00

9.   **Total of Part 2.**                                                            $21,332.00

     Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

     11a. 90 days old or less:        339,174.74        -        0.00        = ....        $339,174.74
                                      face amount                doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                            $339,174.74

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**
     Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
     Name of entity:                          % of ownership

     15.1.   See Attached.                          %                              $0.00

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
     Describe:

17.  **Total of Part 4.**                                                            $0.00

     Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-----------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39. | **Office furniture**<br>**See Attached.** | **Unknown** | | **Unknown** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Attached.** | **$0.00** | | **$25,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$25,000.00** |
|-----|----------------------|--|--|-----------------|
| | Add lines 39 through 42. Copy the total to line 86. | | | |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|-------------------------------------------------------------------------------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Volkswagon bus.** | **$0.00** | | **$20,000.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**

51.  **Total of Part 8.**                                                  | **$20,000.00** |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor **Creature, LLC** Case number *(If known)* _____
<span style="font-size:small">Name</span>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $192,318.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $21,332.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $339,174.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $597,825.06 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $597,825.06 |

# CREATURE, LLC

Attachment to Form 206 Schedule A/B

Question No. 10

# Client Invoice Aging

Unpaid invoices as of today

| Number: | Date: | Due: | Job: | Current: | 30-Day: | 60-Day: | 90-Day: | TOTAL: |
|---|---|---|---|---|---|---|---|---|
| **Amazon Corporate LLC (AMZ)** | | | | | | | | |
| *Elizabeth Powers-Charest* | | | | | | | | |
| 3112 | 02/26/16 | 03/28/16 | AMZ-009 | | | $45,760.00 | | $45,760.00 |
| 3113 | 02/26/16 | 03/28/16 | AMZ-010 | | | $49,600.00 | | $49,600.00 |
| 3115 | 02/26/16 | 03/28/16 | AMZ-012 | | | $16,320.00 | | $16,320.00 |
| 3129 | 04/05/16 | 04/05/16 | AMZ-013 | | $44,000.00 | | | $44,000.00 |
| 3136 | 05/25/16 | 05/25/16 | AMZ-013 | $38,342.73 | | | | $38,342.73 |
| 3137 | 05/10/16 | 05/25/16 | AMZ-013 | $36,418.59 | | | | $36,418.59 |
| 3140 | 05/11/16 | 06/10/16 | AMZ-014 | $3,840.00 | | | | $3,840.00 |
| | TOTAL: 7 invoices | | | $78,601.32 | $44,000.00 | $111,680.00 | | $234,281.32 |
| **Apptio (APT)** | | | | | | | | |
| 3131 | 02/26/16 | 04/06/16 | APT-010 | $35,200.00 | | | | $35,200.00 |
| 3134 | 04/19/16 | 05/19/16 | APT-007 | | | $124.26 | | $124.26 |
| 3138 | 05/11/16 | 06/10/16 | APT-007 | $400.00 | | | | $400.00 |
| 3139 | 05/11/16 | 05/11/16 | APT-007 | $4,533.55 | | | | $4,533.55 |
| | TOTAL: 4 invoices | | | $40,133.55 | | $124.26 | | $40,257.81 |
| **Proof Mark LLC (BDG)** | | | | | | | | |
| 3063 | 12/03/15 | 01/04/16 | BDG-004 | | | | $8,282.34 | $8,282.34 |
| | TOTAL: 1 invoices | | | | | | $8,282.34 | $8,282.34 |
| **Cyanogen Inc. (CYN)** | | | | | | | | |
| 3069 | 12/17/15 | 01/16/16 | CYN-001 | | | | $41,760.00 | $41,760.00 |
| 3102 | 02/19/16 | 02/19/16 | CYN-001 | | | $3,338.16 | | $3,338.16 |
| 3118 | 02/29/16 | 02/29/16 | CYN-001 | | | $41,760.00 | | $41,760.00 |

# Client Invoice Aging

Unpaid invoices as of today

| Number: | Date: | Due: | Job: | Current: | 30-Day: | 60-Day: | 90-Day: | TOTAL: |
|---------|-------|------|------|----------|---------|---------|---------|--------|
| **Dickies (DCK)** | | | | | | | | |
| *817-810-5782* | | | | | | | | |
| 3103 | 02/19/16 | 03/21/16 | DCK-188 | | | $18,880.00 | | $18,880.00 |
| | TOTAL: 1 invoices | | | | | $18,880.00 | | $18,880.00 |
| **McGee's Moonshine (MGM)** | | | | | | | | |
| *Sam Agnew* | | | | | | | | |
| 3123 | 03/30/16 | 04/29/16 | MGM-003 | | $5,600.00 | | | $5,600.00 |
| | TOTAL: 1 invoices | | | | $5,600.00 | | | $5,600.00 |
| **Pebblebee (PBL)** | | | | | | | | |
| 3122 | 03/30/16 | 04/29/16 | PBL-002 | | $10,000.00 | | | $10,000.00 |
| | TOTAL: 1 invoices | | | | $10,000.00 | | | $10,000.00 |
| **Riverhouse Hotel (RVH)** | | | | | | | | |
| *541*389-3111* | | | | | | | | |
| 3106 | 02/26/16 | RVH-006 | | | | $6,040.11 | | $6,040.11 |
| | TOTAL: 1 Invoices | | | | | $6,040.11 | | $6,040.11 |
| | TOTAL: 3 invoices | | | | | $-38,421.84 | $41,760.00 | $3,338.16 |

Case 16-12940-CMA    Doc 1    Filed 05/31/16    Ent. 05/31/16 15:24:02    Pg. 17 of 68

# Client Invoice Aging

Unpaid invoices as of today

| Number: | Date: | Due: | Job: | Current: | 30-Day: | 60-Day: | 90-Day: | TOTAL: |
|---------|-------|------|------|----------|---------|---------|---------|--------|
| **Wild Things (WLD)** | | | | | | | | |
| *Val Griffith* | | | | | | | | |
| 3107 | 02/26/16 | 03/28/16 | WLD-001 | | | $12,500.00 | | $12,500.00 |
| **TOTAL: 1 invoices** | | | | | | $12,500.00 | | $12,500.00 |

20 Invoices

| REPORT TOTAL: | | |
|---------------|-----------|---------|
| Current Balance: | $118,734.87 | 35.01 % |
| 30-Day: | $ 59,600.00 | 17.57 % |
| 60-Day: | $110,802.53 | 32.67 % |
| 90-Day: | $ 50,042.34 | 14.75 % |
| Balance Due: | $ 339,179.74 | |

# CREATURE, LLC

Attachment to Form 206 Schedule A/B

Question Part 4, Question 15

**Creature Chapter 11 Filing**

Form 206 A/B

May-16

Part 4, Paragraph 15 - Investments

| | Description | Date | Expires | Shares | Share Price | Purchase | Mrkt Value |
|---|---|---|---|---|---|---|---|
| ① **Equitabowl, Inc dba Kigo Kitchen** | Warrant to Purchase Common Stock | 22-Apr-14 | 21-Apr-18 | 87,500 | $ 0.4100 | $ 35,875.00 | Unknown |
| | 1620 Broadway, Suite 209, Seattle, WA 98122 | | | | | | |
| ② **Interbay Cider, LLC** | Ownership of LLC "Profits Units" | 8-Jun-14 | N/A | 25,000 | Liquidation Value | | Unknown |
| Thomas Todaro | 945 Elliott Ave West, Seattle, WA 98119 | | | | | | |
| tomtodaro@gmail.com | | | | | | | |
| ③ **Mad Hatter Brewing LLC** | Ownership of LLC "Profits Units" | 8-Jun-14 | N/A | 25,000 | Liquidation Value | | Unknown |
| Thomas Todaro | 945 Elliott Ave West, Seattle, WA 98119 | | | | | | |
| tomtodaro@gmail.com | | | | | | | |
| ④ **Proof Mark, Inc** | Ownership of Common Stock | 1-Apr-15 | N/A | 100,000 | $ 0.0001 | $ 10.00 | Unknown |

# CREATURE, LLC

Attachment to Form 206 Schedule A/B

Question Part 7, Question 39-41

1. Office Equipment Owned

| Computer Model | CPU (GHz) | Serial Number |
|---|---|---|
| 15" MacBook Pro6,2 | 2.66 x 2, Intel Core i7 | W8021ADHAGW |
| MacBook Air6,1 | 1.4, Intel Core i5 | C02N520UG5RL |
| MacPro4,1 | 2.26 x 8, Quad-Core Intel Xeon | YM9380LA20G |
| 15" MacBook Pro6,2 | 2.66 x 2, Intel Core i7 | W80380FMAGW |
| 15" MacBook Pro6,2 | 2.66 x 2, Intel Core i7 | W803804DAGW |
| 15" MacBook Pro6,2 | 2.66 x 2, Intel Core i7 | W802193CAGW |
| 17" iMac5,1 (Late 2006) | 2.0 x 1, Intel Core 2 Duo | YD73857NVUX |
| Sony VAIO Notebook PC VPCCW21FX | Core i3 2.13 GHz (M330) | 27506731-3038173 |
| HP ProBook 4520s | 2.40 GHz Intel Core i5 | 2CE02509BN |
| HP Elite Book 8560w | Core i7 2.8 GHz | 5CB2112TG9 |
| HP Pavilion dm3 Notebook PC | AMD Neo X2 1.6 GHz | CNC9502SCR |
| Toshiba Satellite L355, PSLD8U-06C01E | | Z8258397Q |

| Display Model | | Serial Number |
|---|---|---|
| 27" LED Cinema | | 2A03538D6JL |
| 27" LED Cinema | | 2A0355KW6JL |
| 27" LED Cinema | | 2A0359956JL |
| 27" LED Cinema | | 2A035DWN6JL |
| 27" LED Cinema | | 2A0354SC6JL |
| 24" LED Cinema | | 2A0355H26JL |
| 27" Thunderbolt | | C02MX2X8F2GC |
| 27" Thunderbolt | | C02ML0DWF2GC |
| 27" LED Cinema | | 2A0352ZD6JL |
| 27" LED Cinema | | 2A03538G6JL |
| 27" LED Cinema | | 2A0352Z46JL |
| 27" LED Cinema | | 2A03531P6JL |
| 27" LED Cinema | | 2A035DSL6JL |
| VA521 | | 922050400748 |
| Cinema HD | | 2A7502P9XMN |
| LED Cinema | | 2AA050YD0K0 |
| LED Cinema | | 2AA0510Z0K0 |
| 24" LED Cinema | | 2ARU03Q00K0 |
| 20" LED Cinema | | 8W8301CXXMM |
| LA2405 | | CN420908B8 |
| LED Cinema | | Missing - wiped off |

| Phone/Wireless | Item Name | SKU | Serial Number |
|---|---|---|---|
| Switch | WS-C2960S-48LPS-L | CON-SNT-2960S4LS | FOC1507Y2U1 |
| Phone System/Firwall | C2921-CME-SRST/K9 | CON-SNT-2921CMST | FTX1511AHB4 |
| Wireless AP's | AIR-LAP1142N-A-K9 | CON-SNT-1142NAK | FTX1511K5XR |
| Wireless AP's | AIR-LAP1142N-A-K9 | CON-SNT-1142NAK | FTX1511K5XS |
| Wireless AP's | AIR-LAP1142N-A-K9 | CON-SNT-1142NAK | FTX1511K5Y3 |
| Wireless AP's | AIR-LAP1142N-A-K9 | CON-SNT-1142NAK | FTX1511K5Y4 |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A1S7 |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A1TX |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A20B |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A246 |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A24W |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1828A0SF |
| Wireless Controller | AIR-WLC2106-K9 | CON-SNT-WLC2006 | JMX150940ZH |

| Printer | Item Name | | Serial Number |
|---|---|---|---|
| Epson Wide Format | Stylus Pro 9700 | | LINDE004731 |

| Server | Description | | Serial Number |
|---|---|---|---|

Xserve                2 x 2 GHz, Dual-Core Intel Xeon                G87401SKV2M

2. Furnishings owned by Creature:

- (17) large wall panels (foam + fabric)
- (4) green sectional sofas
- (3) receivers
- (8) speakers
- (1) turntable
- (3) long white desks
- (15) white chairs
- (1) white side table
- (1) wurlitzer
- (1) vintage dental chair
- (1) electric fire place
- (3) mini fridges
- (1) wine mini fridge
- (4) kitchen tables
- (4) kitchen chairs
- (4) bar stools
- (1) large refridgerator
- (1) yellow table
- (46) brown desks
- (39) office chairs
- (17) orange plastic shelves
- (10) brown chairs
- (2) brown shelves
- (12) hanging bike racks
- (1) big white conference table
- (1) founders room conference table, brown
- (1) aluminum coffee table
- (2) microwaves
- (2) big metal tables
- (3) black locking file cabinents
- (4) grey locking file cabinents
- (1) mini dishwasher

- (1) camera for production, canon 7d camera body
- (1) lens
- (1) tripod
- (1) working constant light
- (2) light stands
- (1) seamless rack on wall
- (1) grey cushy chair
- (4) charcoal grey couches
- (4) clear plastic chairs
- (1) ping pong table
- (1) fuse ball table
- (1) white table
- (2) ladders
- (1) large lacy light fixture
- (25) grey unlocking small desk filing canbinents
- safehouse record collection
- (1) Shredder
- (1) large brown bookshelf
- (1) turquoise chair
- (3) standing desks
- (12) desk lamps
- (8) clear tall bar chairs
- (1) van (not driven)
- (1) TV stand
- (2) tan bookshelves

3. Supplies on hand at Creature

- (10) Wacom tablets    - Easels
- (43) Keyboards        - Rulers
- (42) Mice             - Hole punchers
- (3) Track Pads        - Toaster
- Pens                  - Batteries
- Pencils               - Dongles
- Folders               - Power cables for Macs
- Sticky Notes          - Mugs and glasses
- Index Cards           - Advil
- Scissors              - Soda
- Envelopes             - Trash and Recycling containers
- Staplers              - bankers boxes
- Clipboards
- Paper

7. List of leases:
a. Leased computers

## LEASE 011 - Apple Financial (Now LEASE 021) - ($1583.07/month)

| Computer Model | CPU (GHz) | Lease Number | Lessor | Serial Number |
|---|---|---|---|---|
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC5VSFFT1 |
| 13.3" MacBook Pro10,2 | 2.5 x 2, Intel Core i5 | 011 | Apple Financia | C02KF0HXDR55 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K3247DTY4 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K32XRDTY4 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K31BWDTY4 |
| 13.3" MacBook Pro10,2 | 2.5 x 2, Intel Core i5 | 011 | Apple Financia | C02KF065DR55 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K31KGDTY4 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K329JDTY4 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K32LLDTY4 |
| 13.3" MacBook Pro10,2 | 2.5 x 2, Intel Core i5 | 011 | Apple Financia | C02KF0FKDR55 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K3280DTY4 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC5Z4FFT1 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC5YKFFT1 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC60QFFT1 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC48BFFT1 |
| 15.4" MacBook Pro9,1 | 2.3 x 4, Intel Core i7 | 011 | Apple Financia | C02KF0HTF1G3 |
| 15.4" MacBookPro9,1 | 2.3 x 4, Intel Core i7 | 011 | Apple Financia | C02KF0WEF1G3 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC4QXFFT1 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K32A6DTY4 |
| **Display Model** | | | | **Serial Number** |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2HEF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2VHF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2N6F2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2N0F2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2J5F2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2REF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | Stand:C02KD2QAF2GC/Display:C02JW3ALF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD0XMF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2PUF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2RGF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2JCF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD48NF2GC |

## LEASE 018 - Apple Financial ($1,156.21/month)

| Computer Model | CPU (GHz) | Lease Number | Lessor | Serial Number |
|---|---|---|---|---|
| 15.4" MacBook Pro11,3 | 2.3 x 4, Quad-Core/Intel Core | 018 | Apple Financia | C02M9443FD57 |
| 15.4" MacBook Pro11,3 | 2.3 x 4, Intel Core i7 | 018 | Apple Financia | C02MK24LFD59 |
| 13.3" MacBook Pro | 2.6, Dual-Core/Intel Core i5 | 018 | Apple Financia | C02MK23YFH05 |
| 15.4" MacBook Pro | 2.3, Quad-Core/Intel Core i7 | 018 | Apple Financia | C02M998UFD57 |
| 13.3" MacBook Pro | 2.6, Dual-Core/Intel Core i5 | 018 | Apple Financia | C02MK23ZFH05 |
| 15.4" MacBook Pro11,3 | 2.3 x 4, Quad-Core/Intel Core | 018 | Apple Financia | C02MK2AKFD59 |
| 15.4" MacBook Pro | 2.3, Quad-Core/Intel Core i7 | 018 | Apple Financia | C02M94JGFD57 |
| 15.4" MacBook Pro | 2.3, Quad-Core/Intel Core i7 | 018 | Apple Financia | C02M94LTFD57 |
| 15.4" MacBook Pro11,3 | 2.3 x 4, Intel Core i7 | 018 | Apple Financia | C02M94L0FD57 |
| 15.4" MacBook Pro11,3 | 2.3, Quad-Core/Intel Core i7 | 018 | Apple Financia | C02MK24MFD59 |
| **Display Model** | | | | **Serial Number** |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK2CWF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK1FRF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK1GGF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK2FUF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK18SF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK1ESF2GC |

## LEASE 019 - Apple Financial ($1,802.50/month)

| Computer Model (Server Room) | | | | Serial Number |
|---|---|---|---|---|
| Mac Mini (Late 2012) | 1x 2.3GHz quad-core Intel Cor | 019 | Apple Financia | C07MK0BYDY3J |
| Mac Mini (Late 2012) | 1x 2.3GHz quad-core Intel Cor | 019 | Apple Financia | C07MK0BXDY3J |
| Mac Mini (Late 2012) | 1x 2.3GHz quad-core Intel Cor | 019 | Apple Financia | C07MK0BWDY3J |

**Lessor Address**
Apple Financial
PO Box 31001-0497
Pasadena, CA 91110-0497

b. Leased Copiers - Monthly Payment (all) $3,213.47

| Lease Number | Description | Serial # | Address of Lessor |
|---|---|---|---|
| 200-3066072-100 | RICOH MPC6003 (Main) | E194M810171 | Ricoh |
| 200-3066073-100 | RICOH MPC6003 (Studio) | E195MB10348 | 70 Valley Stream Pkwy |
| 200-3066074-100 | RICOH MPC6003 (Mezzanine) | E194M810161 | Malvern, PA 19355 |

c. Leased Software

| Lease Number | Description | Monthly $ | Address of Lessor |
|---|---|---|---|
| 2055742 | 17 licenses - adobe creative cloud for 12 months 1/1/2016-12/31/2016 | $ 1,384.22 | Zones 1310 Madrid Street Marshall, MN 56258 |
| Creature | Clients and Profits Software (Accounting and Project management) | $ 256.00 | 4755 Oceanside Blvd #200 Oceanside, CA 92056 |

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Bank of America** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | **Amount of claim** | **Value of collateral that supports this claim** |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**
**See Attached.**    $59,413.64    $339,174.74

**800 5th Ave. 36th Floor**
**Seattle, WA 98104**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **King County Treasury** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**    $3,644.82    $0.00

**RM 600-500 Fourth Avenue**
**Seattle, WA 98104**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor  **Creature, LLC**
Name

Case number *(if know)* _____

- ☐ **No**
- ☐ **Yes.** Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | **$63,058.46**

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Debtor name **Creature, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**A+E Networks**
**235 East 45th Street**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,756.11**

---

**3.2** Nonpriority creditor's name and mailing address

**Advanstar/UBM**
**131 West First St**
**ATTN: Maureen Dzikonski**
**St. Duluth, MN 55802**

Date(s) debt was incurred _

Last 4 digits of account number **2643**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$15,625.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Advertising Specialty Inst.**
**4800 Street Road**
**Trevose, PA 19053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,948.00**

---

**3.4** Nonpriority creditor's name and mailing address

**American Media, Inc.**
**PO Box 978504**
**Dallas, TX 75397**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,900.00**

| Debtor | Creature, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,808.99 |
|---|---|---|---|
| | **AOL Advertising, Inc.**<br>**PO Box 5696**<br>**New York, NY 10087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **2290** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $161,335.00 |
|---|---|---|---|
| | **Billups, Inc.**<br>**PO Box 3558**<br>**Portland, OR 97208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,850.00 |
|---|---|---|---|
| | **Bobit Business Media**<br>**3520 Challenger Street**<br>**Attn: Silvija**<br>**Torrance, CA 90503** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **3237** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,613.69 |
|---|---|---|---|
| | **Bonnier Corporation**<br>**AR Departement**<br>**460 N Orlando Ave**<br>**Suite 200**<br>**Winter Park, FL 32789** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **Clear Channel Outdoor**<br>**20880 Stone Oak Parkway**<br>**Attn: Peter Keefe**<br>**San Antonio, TX 78258** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **7513** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,409.00 |
|---|---|---|---|
| | **Dallas Morning News** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **DataXu**<br>**c/o Andy Dale**<br>**281 Summer Street**<br>**Boston, MA 02210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice only.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,384.84 |
|---|---|---|---|
| | **DataXu, Inc.**<br>**P.O. Box 347738**<br>**Pittsburgh, PA 15251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,962.36 |
|---|---|---|---|
| | **Defy Media, LLC**<br>**498 7th Ave**<br>**19th Floor**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __A003__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Dickies**<br>**P.O. Box 1779**<br>**Fort Worth, TX 76101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,410.34 |
|---|---|---|---|
| | **Discovery Digital**<br>**PO Box 79971**<br>**Baltimore, MD 21279** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,409.00 |
|---|---|---|---|
| | **DMN Media**<br>**508 Young St**<br>**Dallas, TX 75202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __9085__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,850.70 |
|---|---|---|---|
| | **Dstillery**<br>**470 Park Ave S.**<br>**6th Floor**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283,992.15 |
|---|---|---|---|
| | **ESPN (Magazine & Digital)**<br>**147 W 66th St**<br>**5th Floor**<br>**New York, NY 10023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,565.00** |
|---|---|---|---|

**Fabricare Canada**
**Box 69571**
**Central Oakville Post Office**
**Oakville**
**Ontario, Canada L6J 7R4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|

**Fox Sports Interactive Media**
**15803 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,831.39** |
|---|---|---|---|

**Hearst Magazines**
**Hearst Tower**
**Attn: Cynthia Amori, 33rd Fl.**
**214 North Tryon St**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  **5706**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,643.34** |
|---|---|---|---|

**Hulu, LLC**
**2500 Broadway**
**2nd Floor**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,680.95** |
|---|---|---|---|

**Hunter Capital Real Estate, LL**
**1620 Broadway, Ste. 200**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,077.50** |
|---|---|---|---|

**iHeart Media, Inc.**
**PO Box 847654**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  **7537**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$62,052.89** |
|---|---|---|---|

**Internet Brands, Inc.**
**909 N. Sepulveda Blvd**
**11th Floor**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:** _

Last 4 digits of account number  **2943**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Jim Haven Sr. & Janice Haven**
**5808 Glacier Way**
**Yakima, WA 98908**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,181.59** |
|---|---|---|---|

**Maxwell Winward**
**27 Tudor Street**
**London, UK EC4Y 0AY**

Date(s) debt was incurred _

Last 4 digits of account number  1179

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,894.45** |
|---|---|---|---|

**Millennial Media**
**2400 Boston St**
**Suite 300**
**Baltimore, MD 21224**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|

**Nash Country, LLC**
**506 2nd Ave**
**Suite 200**
**Nashville, TN 37210**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,271.29** |
|---|---|---|---|

**National Safety Council**
**PO Box 558**
**Itasca, IL 60143**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**NBC Universal, LLC**
**30 Rockefeller Plaza**
**1221 The Campus-27B60**
**New York, NY 10012**

Date(s) debt was incurred _

Last 4 digits of account number  8882

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,868.25** |
|---|---|---|---|

**Perform Sporting News, LLC**
**120 West Morehead Street**
**c/o Taj Polite**
**Charlotte, NC 28202**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Quantcast** | ☐ Contingent | |
| | **740 Walt Whitman Rd** | ☐ Unliquidated | |
| | **Melville, NY 11747** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,013.98 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Ricoh USA, Inc.** | ☐ Contingent | |
| | **70 Valley Stream Parkway** | ☐ Unliquidated | |
| | **Malvern, PA 19355** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number **8855** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,489.43 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Robson Grieve** | ☐ Contingent | |
| | **480 Pullman Road** | ☐ Unliquidated | |
| | **Hillsborough, CA 94010** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,341.19 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **Scripps Network** | ☐ Contingent | |
| | **9721 Sherrill Blvd** | ☐ Unliquidated | |
| | **Knoxville, TN 37932** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number **2029** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,849.02 |
|------|--------------------------------------------------|---------------------------------------------------------------------|------------|
| | **SpotXchange** | ☐ Contingent | |
| | **Dept LA 24040** | ☐ Unliquidated | |
| | **Pasadena, CA 91185** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,600.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|
| | **Textile Rental Services Assoc.** | ☐ Contingent | |
| | **1800 Diagonal Rd** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **Alexandria, VA 22314** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number **1860** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119,740.97 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------------|
| | **The Enthusiast Network** | ☐ Contingent | |
| | **831 S. Douglas St** | ☐ Unliquidated | |
| | **El Segundo, CA 90245** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,394.40 |
|---|---|---|---|

**TI Shared**
225 Liberty Street
Attn: Sheila Vaughan 04-703
New York, NY 10281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,500.00 |
|---|---|---|---|

**Time Inc./Sports Illustrated**
225 Liberty Street
Attn: Sheila Vaughan 04-703
New York, NY 10281

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,694.61 |
|---|---|---|---|

**TMB: Haven Home**
44 South Broadway
White Plains, NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,481.69 |
|---|---|---|---|

**TMB: Readers Digest**
44 South Broadway
White Plains, NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,520.50 |
|---|---|---|---|

**Turner (Bleacher Rep. Nascar)**
PO Box 32017
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,899.86 |
|---|---|---|---|

**USA Today**
PO Box 677460
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,678.44 |
|---|---|---|---|

**Vibrant Media, Inc.**
DEPT LA 24107
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$159,356.06** |

**Vox Media, Inc. / SB Nation**
PO Box 200064
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$745.20** |

**Washington Athletic Club**
PO Box 24683
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$32,243.79** |

**Womensforum.com, Inc.**
444 N. Michigan Ave
Suite 3550
Chicago, IL 60611

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$22,500.00** |

**xAD, Inc.**
189 N. Bernardo Ave
Suite 100
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$40,639.47** |

**Yahoo! Inc.**
PO Box 89-4147
Los Angeles, CA 90189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **5AAI**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Adrienne M. Zibelman**<br>**15004 - 140th S. Dearborn, #31**<br>**Chicago, IL 60603** | Line **3.49**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Andrew B. Lachow**<br>**255 Liberty Street**<br>**New York, NY 10281** | Line **3.41**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Iomie Kendrick**<br>**Szabo Associates**<br>**3355 Lenox Road NE, Ste. 945**<br>**Atlanta, GA 30326** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Keith West**<br>**Altus GTS Inc.**<br>**P.O. Box 1389**<br>**Kenner, LA 70063** | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Lovejoy & Kelly PS**<br>**9218 Roosevelt Way NE**<br>**Seattle, WA 98115** | Line __3.25__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Nicholas M. Drum**<br>**Immix Law Group, PC**<br>**121 SW Salmon St. #1000**<br>**Portland, OR 97204** | Line __3.6__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Rauch-Milliken International**<br>**P.O. Box 8390**<br>**Metairie, LA 70011-8390** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Vericore**<br>**Shawn Martin**<br>**10115 Kincey Ave. #100**<br>**Huntersville, NC 28078** | Line __3.7__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,571,510.44 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 2,571,510.44 |

Fill in this information to identify the case:

Debtor name    **Creature, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Contract with customer.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Amazon**<br>**410 Terry Ave. N.**<br>**Seattle, WA 98109** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Computers: Lease No. 8406063-021**<br><br>State the term remaining **2/17/2017**<br><br>List the contract number of any government contract | **Apple Financial**<br>**P.O. Box 31001-0497**<br>**Pasadena, CA 91110-0497** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Computers: Lease No. 8406063-018**<br><br>State the term remaining **4/16/2017**<br><br>List the contract number of any government contract | **Apple Financial**<br>**P.O. Box 31001-0497**<br>**Pasadena, CA 91110-0497** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Computers: Lease No. 8406063-019**<br><br>State the term remaining **4/16/2017**<br><br>List the contract number of any government contract | **Apple Financial**<br>**P.O. Box 31001-0497**<br>**Pasadena, CA 91110-0497** |

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer.** | |
|---|---|---|---|
| | State the term remaining | | **Apptio** |
| | List the contract number of any government contract | | **11100 NE 8th St. Ste. 600**<br>**Bellevue, WA 98004** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer.** | |
|---|---|---|---|
| | State the term remaining | | **Bridgr/Proof** |
| | List the contract number of any government contract | | **8602 N. Dove Circle**<br>**Phoenix, AZ 85028** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting software called "Clients and Profits".** | |
|---|---|---|---|
| | State the term remaining | | **Clients and Software** |
| | List the contract number of any government contract | | **4755 Oceanside Blvd. #200**<br>**Oceanside, CA 92056** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer.** | |
|---|---|---|---|
| | State the term remaining | | **Distant Lands Coffee** |
| | List the contract number of any government contract | | **801 Houser Way N. Suite A**<br>**Renton, WA 98057** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer.** | |
|---|---|---|---|
| | State the term remaining | | **Generation Farms** |
| | List the contract number of any government contract | | **2214 J'Frank Cuppepper Road**<br>**Lake Park, GA 31636** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Office space** | |
|---|---|---|---|
| | State the term remaining | | **Hunter Capital Real Estate, LL** |
| | List the contract number of any | **Creature LLC** | **1620 Broadway, Ste. 200**<br>**Seattle, WA 98122** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer.** | |
|---|---|---|---|
|  | State the term remaining | | **Moonshine** |
|  | List the contract number of any government contract | | **24714 SE 400th St.** **Enumclaw, WA 98022** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease dated May 12, 2016.** | |
|---|---|---|---|
|  | State the term remaining | | **R.W. Productions** |
|  | List the contract number of any government contract | | **6007 Sepulveda Blvd** **Van Nuys, CA 91411** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers:** **Lease no.** **200-3066072-100** | |
|---|---|---|---|
|  | State the term remaining | 10/15/2019 | **Ricoh** |
|  | List the contract number of any government contract | | **70 Valley Stream Pkwy** **Malvern, PA 19355** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers:** **Lease no.** **200-3066073-100** | |
|---|---|---|---|
|  | State the term remaining | 10/15/2019 | **Ricoh** |
|  | List the contract number of any government contract | | **70 Valley Stream Pkwy** **Malvern, PA 19355** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers: Lease no.** **200-3066074-100** | |
|---|---|---|---|
|  | State the term remaining | 10/15/2019 | **Ricoh** |
|  | List the contract number of any government contract | | **70 Valley Stream Pkwy** **Malvern, PA 19355** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer.** | **Wild Things** **1416 NW 46th St. Ste. 105** **PMB 123** **Seattle, WA 98107** |
|---|---|---|---|

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract          _____

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **17 licenses - adobe creative cloud for 12 months.** | |
|---|---|---|---|
| | State the term remaining | **12/31/2016** | **Zones, Inc.** |
| | List the contract number of any government contract | **2055742** | **1310 Madrid St. Marshall, MN 56258** |

**Fill in this information to identify the case:**

Debtor name     **Creature, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jim Haven** | **111 S. Jackson St. #451 Seattle, WA 98104** | **Hunter Capital Real Estate, LL** | ☐ D _____ <br> ■ E/F __3.23__ <br> ☐ G _____ |
| 2.2 | **Jim Haven** | **111 S. Jackson S., #451 Seattle, WA 98104** | **Bank of America** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Matt Peterson** | **111 S. Jackson St., Suite 451 Seattle, WA 98104** | **Bank of America** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor name  **Creature, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$8,573,761.27** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |
   | 3.1.  **See Attached.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Matt Peterson**<br>**111 South Jackson St. #451**<br>**Seattle, WA 98104** | **4/18/16** | **$2,000.00** | **Distribution** |
| 4.2. **Jim Haven**<br>**111 South Jackson St. #451**<br>**Seattle, WA 98104** | **4/18/16** | **$2,000.00** | **Distribution** |
| 4.3. **Matt Peterson**<br>**111 S. Jackson St., Ste. 451**<br>**Seattle, WA 98104** | **October 2015** | **$25,000.00** | **Distribution** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Womensforum.com, Inc. v.**<br>**Creature, LLC,**<br>**2016 L 003088** | **Collection** | **Circuit Court Cook County,**<br>**IL**<br>**2121 Euclid Ave., #121**<br>**Rolling Meadows, IL 60008** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| Burglary:<br>2 computers and Bose headphones | $562.91 | 8/17/15 | $562.91 |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bush Kornfeld LLP**<br>**601 Union Street, Suite 5000**<br>**Seattle, WA 98101** | | **4/11/16**<br>**$10,000;**<br>**5/13/16**<br>**$35,000** | |
| | | | | **$45,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **CBG Law Group**<br>**11100 NE 8th Street, Ste. 380**<br>**Bellevue, WA 98004** | | | **$10,176.00** |
| | **Email or website address**<br>darrel@cbglaw.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13.** **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14.** **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1517 12th Ave. #101** **Seattle, WA 98122** | **11/5/2010-5/16/2016** |

**Part 8:    Health Care Bankruptcies**

**15.** **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　　☐ No Go to Part 10.
　　■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K Safe Harbor** | EIN: **01-0676649** |

Has the plan been terminated?
■ No
☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| **Suddath**<br>**7819 S. 206th St.**<br>**Kent, WA 98032** | **Matt Peterson**<br>**111 S. Jackson St. #451**<br>**Seattle, WA  98104**<br><br>**Jim Haven**<br>**111 S. Jackson St. #451**<br>**Seattle, WA  98104** | **Office furniture and boxes.** | ☐ No<br>■ Yes |

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Creature of London**<br>**21 Curtain Road**<br>**LONDON  EC2A3W** | **Advertising** | EIN:<br><br>From-To   **Business sold February 2016.** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Heather Peterson**<br>**111 S. Jackson St. Ste. 451**<br>**Seattle, WA 98104** | **10/18/2010-10/16/201**<br>**4 and**<br>**3/9/2016-current** |
| 26a.2.   **Laura Hamje**<br>**c/o Creatures, LLC**<br>**111 S. Jackson St. Ste. 451**<br>**Seattle, WA 98104** | **10/16/2016-3/8/2016** |
| 26a.3.   **Bernston & Porter (BPCPA)**<br>**11100 NE 8th St., Ste. 400**<br>**Bellevue, WA 98004** | **Approx 2009 to**<br>**current** |
| 26a.4.   **Alan Dance**<br>**GDM Private Financial Solutions**<br>**11100 NE 8th St., Ste. 380**<br>**Bellevue, WA 98004** | **September 2013 to**<br>**current.** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Bank of America/Merrill Lynch**<br>**800 5th Ave. 36th Floor**<br>**Seattle, WA 98104** |
| 26d.2. | **Hunter Capital Real Estate, LL**<br>**1620 Broadway, Ste. 200**<br>**Seattle, WA 98122** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matt Peterson** | **111 S. Jackson St. Ste. 451**<br>**Seattle, WA 98104** | **Partner/CEO** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James Haven** | **111 S. Jackson St. Ste. 451**<br>**Seattle, WA 98104** | **Partner/ECD** | **50 %** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Creature, LLC/Creature of London** | **EIN:**    **01-0676649** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:**    **Signature and Declaration**

> **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 31, 2016**

**/s/ Matt Peterson**             **Matt Peterson**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# CREATURE, LLC

Attachment to Form 207
Statement of Financial Affairs

Question No. 3

| GL: Date: | Per: | Reference: | Description: | Debit: | Credit: | |
|---|---|---|---|---|---|---|
| 02/12/16 | 14 | CK#9044 | The Hartford | | $264.24 | |
| 02/12/16 | 14 | CK#9041 | 4902 Media LLC | | $1,900.00 | |
| 02/12/16 | 14 | CK#9042 | Berntson Porter & Company, PLLC | | $1,503.75 | |
| 02/12/16 | 14 | CK#9046 | Jamalee Johnson | | $2,145.00 | |
| 02/17/16 | 14 | CK#160217 | Bank of America | | $989.90 | |
| 02/19/16 | 14 | CK#9047 | 4902 Media LLC | | $475.00 | |
| 02/19/16 | 14 | CK#9048 | Apple Financial Services | | $1,054.33 | |
| 02/19/16 | 14 | CK#9049 | Ricoh USA, Inc. | | $1,079.63 | |
| 02/19/16 | 14 | CK#9050 | Scarff Law Firm | | $82.84 | |
| 02/19/16 | 14 | CK#9051 | Apple Financial Services | | $5,057.77 | |
| 02/19/16 | 14 | CK#1602192 | Transamerica | | $4,653.76 | |
| 02/22/16 | 14 | CK#160222 | Cigna HealthCare | | $9,100.63 | Benefits |
| 02/26/16 | 14 | CK#160226 | WA State Dept of Revenue | | $5,330.01 | |
| 02/26/16 | 14 | CK#9052 | 4902 Media LLC | | $1,045.00 | |
| 02/26/16 | 14 | CK#9053 | American Express xx52001 | | $50.19 | |
| 02/26/16 | 14 | CK#9054 | Apple Financial Services | | $2,958.71 | |
| 02/26/16 | 14 | CK#9055 | Berntson Porter & Company, PLLC | | $4,516.00 | |
| 02/26/16 | 14 | CK#9056 | Beyene Andebrhan | | $1,500.00 | |
| 02/26/16 | 14 | CK#9057 | FedEx | | $13.87 | |
| 02/26/16 | 14 | CK#9058 | Integra Telecom | | $1,342.72 | |
| 02/26/16 | 14 | CK#9059 | Ricoh USA, Inc. | | $3,213.47 | |
| 02/26/16 | 14 | CK#9060 | Zones Inc | | $1,384.22 | |
| 02/26/16 | 14 | CK#9061 | Beyene Andebrhan | | $75.90 | |
| 03/01/16 | 15 | CK#1603011 | Bank of America | | $6,216.99 | |
| 03/03/16 | 15 | CK#1603031 | Bank of America | | $20.00 | |
| 03/03/16 | 15 | CK#1603032 | Prudential Group Insurance | | $445.80 | Term Loan Payment |
| 03/04/16 | 15 | CK#9062 | 4902 Media LLC | | $665.00 | |
| 03/04/16 | 15 | CK#9063 | CBG Law Group, PLLC | | $2,400.00 | |
| 03/04/16 | 15 | CK#9064 | Comcast | | $239.09 | |
| 03/04/16 | 15 | CK#9065 | GDM Private Financial Solutions | | $6,968.25 | Alan/ CFO |
| 03/04/16 | 15 | CK#9066 | KNR Couriers, LLC | | $230.00 | |
| 03/04/16 | 15 | CK#9067 | Sean Hamilton | | $1,500.00 | |
| 03/04/16 | 15 | CK#9068 | Washington Athletic Club | | $467.68 | |
| 03/04/16 | 15 | CK#9069 | Jamalee Johnson | | $2,145.00 | |
| 03/04/16 | 15 | CK#160304 | Guardian | | $1,427.68 | |
| 03/04/16 | 15 | CK#160306 | Transamerica | | $4,735.01 | |
| 03/04/16 | 15 | CK#1603041 | Ballou Wright Building, LLC | | $34,953.09 | Rent |

| Date | | Check # | Payee | Amount | Note |
|------|---|---------|-------|--------|------|
| 03/09/16 | 15 | CK#9070 | 4902 Media LLC; Re-issue for lost ch... | $2,375.00 | |
| 03/09/16 | 15 | CK#9071 | Michael P. Harris | $1,500.00 | |
| 03/10/16 | 15 | CK#9081 | Washington State Ferries | $300.00 | |
| 03/11/16 | 15 | CK#160311 | Paychex-fee | $180.50 | |
| 03/11/16 | 15 | CK#9072 | 4902 Media LLC | $1,330.00 | |
| 03/11/16 | 15 | CK#9073 | Demarce Services, LLC | $128.12 | |
| 03/11/16 | 15 | CK#9074 | First Choice Coffee Services | $141.66 | |
| 03/11/16 | 15 | CK#9075 | Franchise Tax Board | $800.00 | |
| 03/11/16 | 15 | CK#9076 | The Hartford | $249.24 | |
| 03/11/16 | 15 | CK#9077 | MacTechs | $3,147.50 | |
| 03/11/16 | 15 | CK#9078 | Philadelphia Insurance Companies | $670.08 | |
| 03/11/16 | 15 | CK#9079 | PWF Processing | $308.25 | |
| 03/11/16 | 15 | CK#9080 | Ricoh USA, Inc. | $3,213.47 | |
| 03/11/16 | 15 | CK#160316 | Bank of America | $912.25 | |
| 03/18/16 | 15 | CK#160318 | Transamerica | $4,551.06 | |
| 03/18/16 | 15 | CK#9082 | 4902 Media LLC | $380.00 | |
| 03/18/16 | 15 | CK#9083 | Apple Financial Services | $1,583.07 | |
| 03/18/16 | 15 | CK#9084 | Ashbaugh Beal LLP | $1,200.00 | |
| 03/18/16 | 15 | CK#9035 | GDM Private Financial Solutions | $9,460.00 | |
| 03/21/16 | 15 | CK#160320 | Cigna HealthCare | $9,209.60 | Benefits |
| 03/22/16 | 15 | CK#160322 | Chase Bank | $67.69 | Alan/ CFO |
| 03/25/16 | 15 | CK#9086 | Secretary of State | $6.50 | |
| 03/25/16 | 15 | CK#9087 | American Express xx52001 | $49.95 | |
| 03/25/16 | 15 | CK#9088 | 4902 Media LLC | $380.00 | |
| 03/25/16 | 15 | CK#9089 | Integra Telecom | $1,336.79 | |
| 03/25/16 | 15 | CK#9090 | Registered Agent Solutions, Inc. | $140.00 | |
| 03/25/16 | 15 | CK#9091 | Zones Inc | $1,384.22 | |
| 03/28/16 | 15 | CK#160328 | WA State Dept of Revenue | $4,344.16 | |
| 04/04/16 | 15 | CK#40416 | Ballou Wright Building, LLC | $37,210.94 | Rent |
| 04/07/16 | 15 | CK#9101 | Verax Chemical Company | $226.84 | |
| 04/01/16 | 15 | CK#160401 | Guardian | $903.38 | |
| 04/01/16 | 16 | CK#160401.1 | Bank of America | $6,213.70 | |
| 04/01/16 | 16 | CK#60404 | Bank of America | $20.00 | Term Loan |
| 04/05/16 | 16 | CK#160405 | Transamerica | $4,388.09 | |
| 04/05/16 | 16 | CK#160405.1 | Prudential Group Insurance | $374.42 | |
| 04/07/16 | 16 | CK#9093 | Beyere Andelbhan | $1,500.00 | |
| 04/07/16 | 16 | CK#9094 | Apple Financial Services | $2,958.71 | |
| 04/07/16 | 16 | CK#9095 | Berntson Porter & Company, PLLC | $9,030.66 | CPA |

| Date | | Check # | Payee | Amount | Note |
|---|---|---|---|---|
| 04/07/16 | 16 | CK#9096 | CBG Law Group, PLLC | $3,552.00 | |
| 04/07/16 | 16 | CK#9097 | Comcast | $239.09 | |
| 04/07/16 | 16 | CK#9098 | First Choice Coffee Services | $165.41 | |
| 04/07/16 | 16 | CK#9099 | MacTechs | $3,687.00 | |
| 04/07/16 | 16 | CK#9100 | Ricoh USA, Inc. | $3,213.47 | |
| 04/07/16 | 16 | CK#160407 | Pet Gorilla, LLC | $38,342.73 | Production Co for Amazon Shoot |
| 04/08/16 | 16 | CK#9104 | Bush Kornfeld LLP | $10,000.00 | Jim |
| 04/15/16 | 16 | CK#160152 | Bank of America | $1,019.29 | |
| 04/15/16 | 16 | CK#160151 | Paychex-fee | $180.50 | |
| 04/20/16 | 16 | CK#9103 | Cigna HealthCare | $2,000.00 | |
| 04/18/16 | 16 | CK#160421 | Transamerica | $2,000.00 | |
| 04/18/16 | 16 | CK#9102 | United States Treasury, 2015 Tax For... | $3,489.30 | |
| 04/19/16 | 16 | CK#160419 | City of Seattle | $3,915.04 | |
| 04/20/16 | 16 | CK#160419 | WA State Dept of Revenue | $1,192.24 | |
| 04/21/16 | 16 | JB#1413 | Q1 L&I 2016 | $7,543.63 | Benefits |
| 04/21/16 | 16 | CK#160421 | Transamerica | $4,395.01 | |
| 04/22/16 | 16 | CK#9105 | 4902 Media LLC | $380.00 | |
| 04/22/16 | 16 | CK#9106 | Apple Financial Services | $2,358.15 | |
| 04/22/16 | 16 | CK#9107 | The Hartford | $249.24 | |
| 04/22/16 | 16 | CK#9108 | Philadelphia Insurance Companies | $670.08 | |
| 04/22/16 | 16 | CK#9109 | Redi National Pest Eliminators | $77.82 | |
| 04/22/16 | 16 | CK#9110 | GDM Private Financial Solutions | $8,272.50 | Alan |
| 04/22/16 | 16 | CK#9112 | Janalee Johnson | $2,145.00 | |
| 04/22/16 | 16 | CK#9111 | Ashbaugh Beal LLP | $1,310.00 | |
| 04/25/16 | 16 | CK#160425 | Pet Gorilla, LLC | $38,342.73 | Production Co for Amazon Shoot |
| 04/27/16 | 16 | CK#160427 | Pet Gorilla, LLC | $38,342.73 | Production Co for Amazon Shoot |
| 04/28/16 | 16 | CK#160428 | Julie Honeywell | $104.93 | |
| 05/01/16 | 17 | CK#160503 | Bank of America | $6,183.13 | |
| 05/02/16 | 17 | CK#9115 | Integra Telecom | $1,342.59 | |
| 05/02/16 | 17 | CK#9116 | KNR Couriers, LLC | $49.00 | |
| 05/02/16 | 17 | CK#9117 | Ricoh USA, Inc. | $3,213.47 | |
| 05/02/16 | 17 | CK#9118 | Tyco Integrated Security LLC | $1,011.10 | |
| 05/02/16 | 17 | CK#9119 | Zones Inc | $1,384.22 | |
| 05/03/16 | 17 | CK#9114 | Beyene Andebrhan | $1,500.00 | |
| 05/03/16 | 17 | CK#160429 | King County Treasury | $3,717.73 | |
| 05/03/16 | 17 | CK#160531 | Guardian | $1,259.52 | |
| 05/05/16 | 17 | CK#160505 | Prudential Group Insurance | $374.42 | |
| 05/05/16 | 17 | CK#160505I | Transamerica | $4,395.01 | Term Loan |

| Date | | Check # | Payee | Amount | Note |
|---|---|---|---|---|---|
| 05/06/16 | 17 | CK#9120 | 4902 Media LLC | $380.00 | |
| 05/06/16 | 17 | CK#9121 | Apple Financial Services | $3,256.08 | |
| 05/06/16 | 17 | CK#9122 | Berntson Porter & Company, PLLC | $8,388.49 | CPA |
| 05/06/16 | 17 | CK#9123 | Comcast | $239.09 | |
| 05/06/16 | 17 | CK#9124 | First Choice Coffee Services | $122.16 | |
| 05/06/16 | 17 | CK#9125 | PrintWest, Inc. | $82.20 | |
| 05/06/16 | 17 | CK#9126 | Ricoh USA, Inc. | $73.39 | |
| 05/06/16 | 17 | CK#9127 | CBG Law Group, PLLC | $1,248.00 | |
| 05/06/16 | 17 | CK#9128 | Sizmek Technologies Inc. | $10,016.04 | |
| 05/06/16 | 17 | CK#9129 | Washington Athletic Club | $350.60 | |
| 05/06/16 | 17 | CK#9130 | Creative Circle, LLC | $500.00 | Media Co for Apptio client |

# United States Bankruptcy Court
## Western District of Washington

In re **Creature, LLC** _____ Case No. _____

Debtor(s)  Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 15,884.12 |
| Prior to the filing of this statement I have received | $ | 15,884.12 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Preparation of a plan and disclosure statement and negotiations with creditors regarding the same.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 31, 2016** _____    **/s/ James L. Day WSBA** _____
*Date*    **James L. Day WSBA #20474**
   *Signature of Attorney*
   **Bush Kornfeld LLP**
   **601 Union St., Suite 5000**
   **Seattle, WA 98101-2373**
   **206-292-2110  Fax: 206-292-2104**
   *Name of law firm*

---

# United States Bankruptcy Court

## Western District of Washington

In re __Creature, LLC__            Case No. _____

Debtor(s)      Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jim Haven**<br>**111 S. Jackson St. Ste. 451**<br>**Seattle, WA 98104** | **Member** | **50%** | |
| **Matt Peterson**<br>**111 S. Jackson St. Ste. 451**<br>**Seattle, WA 98104** | **Member** | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __May 31, 2016__            Signature __/s/ Matt Peterson__

                                                       **Matt Peterson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    **Creature, LLC**                                      Case No. _____

                                              Debtor(s)       Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 31, 2016** _____       **/s/ Matt Peterson** _____

                                                  **Matt Peterson**/**President**
                                                  Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

US ATTORNEY
ATN BANKRUPTCY ASSISTANT
700 STEWART STREET
ROOM 5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


COMMODITY FUTURES TRADING
1155 21ST ST NW
WASHINGTON, DC 20581


SECURITIES & EXCHANGE COMM
ATTN BANKRUPTCY COUNSEL
44 MONTGOMERY ST #2600
SAN FRANCISCO, CA 94104


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


US DEPT OF EDUCATION
BANKRUPTCY DEPARTMENT
PO BOX 65128
SAINT PAUL, MN 55165


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44171
OLYMPIA, WA 98504-4171


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046

WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


WA DEPT OF SOCIAL&HEALTH SVCS
DIV OF CHILD SUPPORT
PO BOX 11520
TACOMA, WA 98411-5520


JAMES L. DAY WSBA
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


CREATURE, LLC
111 S. JACKSON ST.
SUITE 451
SEATTLE, WA 98104


A+E NETWORKS
235 EAST 45TH STREET
NEW YORK, NY 10017


ADRIENNE M. ZIBELMAN
15004 - 140TH S. DEARBORN, #31
CHICAGO, IL 60603


ADVANSTAR/UBM
131 WEST FIRST ST
ATTN: MAUREEN DZIKONSKI
ST. DULUTH, MN 55802


ADVERTISING SPECIALTY INST.
4800 STREET ROAD
TREVOSE, PA 19053


AMAZON
410 TERRY AVE. N.
SEATTLE, WA 98109


AMERICAN MEDIA, INC.
PO BOX 978504
DALLAS, TX 75397

ANDREW B. LACHOW
255 LIBERTY STREET
NEW YORK, NY 10281


AOL ADVERTISING, INC.
PO BOX 5696
NEW YORK, NY 10087


APPLE FINANCIAL
P.O. BOX 31001-0497
PASADENA, CA 91110-0497


APPTIO
11100 NE 8TH ST. STE. 600
BELLEVUE, WA 98004


BANK OF AMERICA
800 5TH AVE. 36TH FLOOR
SEATTLE, WA 98104


BILLUPS, INC.
PO BOX 3558
PORTLAND, OR 97208


BOBIT BUSINESS MEDIA
3520 CHALLENGER STREET
ATTN: SILVIJA
TORRANCE, CA 90503


BONNIER CORPORATION
AR DEPARTEMENT
460 N ORLANDO AVE
SUITE 200
WINTER PARK, FL 32789


BRIDGR/PROOF
8602 N. DOVE CIRCLE
PHOENIX, AZ 85028


CLEAR CHANNEL OUTDOOR
20880 STONE OAK PARKWAY
ATTN: PETER KEEFE
SAN ANTONIO, TX 78258

CLIENTS AND SOFTWARE
4755 OCEANSIDE BLVD. #200
OCEANSIDE, CA 92056


DALLAS MORNING NEWS


DATAXU
C/O ANDY DALE
281 SUMMER STREET
BOSTON, MA 02210


DATAXU, INC.
P.O. BOX 347738
PITTSBURGH, PA 15251


DEFY MEDIA, LLC
498 7TH AVE
19TH FLOOR
NEW YORK, NY 10018


DICKIES
P.O. BOX 1779
FORT WORTH, TX 76101


DISCOVERY DIGITAL
PO BOX 79971
BALTIMORE, MD 21279


DISTANT LANDS COFFEE
801 HOUSER WAY N. SUITE A
RENTON, WA 98057


DMN MEDIA
508 YOUNG ST
DALLAS, TX 75202


DSTILLERY
470 PARK AVE S.
6TH FLOOR
NEW YORK, NY 10016

ESPN (MAGAZINE & DIGITAL)
147 W 66TH ST
5TH FLOOR
NEW YORK, NY 10023


FABRICARE CANADA
BOX 69571
CENTRAL OAKVILLE POST OFFICE
OAKVILLE
ONTARIO, CANADA L6J 7R4


FOX SPORTS INTERACTIVE MEDIA
15803 COLLECTION CENTER DR
CHICAGO, IL 60693


GENERATION FARMS
2214 J'FRANK CUPPEPPER ROAD
LAKE PARK, GA 31636


HEARST MAGAZINES
HEARST TOWER
ATTN: CYNTHIA AMORI, 33RD FL.
214 NORTH TRYON ST
CHARLOTTE, NC 28202


HULU, LLC
2500 BROADWAY
2ND FLOOR
SANTA MONICA, CA 90404


HUNTER CAPITAL REAL ESTATE, LL
1620 BROADWAY, STE. 200
SEATTLE, WA 98122


IHEART MEDIA, INC.
PO BOX 847654
DALLAS, TX 75284


INTERNET BRANDS, INC.
909 N. SEPULVEDA BLVD
11TH FLOOR
EL SEGUNDO, CA 90245

IOMIE KENDRICK
SZABO ASSOCIATES
3355 LENOX ROAD NE, STE. 945
ATLANTA, GA 30326


JIM HAVEN
111 S. JACKSON ST. #451
SEATTLE, WA 98104


JIM HAVEN
111 S. JACKSON S., #451
SEATTLE, WA 98104


JIM HAVEN SR. & JANICE HAVEN
5808 GLACIER WAY
YAKIMA, WA 98908


KEITH WEST
ALTUS GTS INC.
P.O. BOX 1389
KENNER, LA 70063


KING COUNTY TREASURY
RM 600-500 FOURTH AVENUE
SEATTLE, WA 98104


LOVEJOY & KELLY PS
9218 ROOSEVELT WAY NE
SEATTLE, WA 98115


MATT PETERSON
111 S. JACKSON ST., SUITE 451
SEATTLE, WA 98104


MAXWELL WINWARD
27 TUDOR STREET
LONDON, UK EC4Y 0AY


MILLENNIAL MEDIA
2400 BOSTON ST
SUITE 300
BALTIMORE, MD 21224

MOONSHINE
24714 SE 400TH ST.
ENUMCLAW, WA 98022


NASH COUNTRY, LLC
506 2ND AVE
SUITE 200
NASHVILLE, TN 37210


NATIONAL SAFETY COUNCIL
PO BOX 558
ITASCA, IL 60143


NBC UNIVERSAL, LLC
30 ROCKEFELLER PLAZA
1221 THE CAMPUS-27B60
NEW YORK, NY 10012


NICHOLAS M. DRUM
IMMIX LAW GROUP, PC
121 SW SALMON ST. #1000
PORTLAND, OR 97204


PERFORM SPORTING NEWS, LLC
120 WEST MOREHEAD STREET
C/O TAJ POLITE
CHARLOTTE, NC 28202


QUANTCAST
740 WALT WHITMAN RD
MELVILLE, NY 11747


R.W. PRODUCTIONS
6007 SEPULVEDA BLVD
VAN NUYS, CA 91411


RAUCH-MILLIKEN INTERNATIONAL
P.O. BOX 8390
METAIRIE, LA 70011-8390


RICOH
70 VALLEY STREAM PKWY
MALVERN, PA 19355

RICOH USA, INC.
70 VALLEY STREAM PARKWAY
MALVERN, PA 19355


ROBSON GRIEVE
480 PULLMAN ROAD
HILLSBOROUGH, CA 94010


SCRIPPS NETWORK
9721 SHERRILL BLVD
KNOXVILLE, TN 37932


SPOTXCHANGE
DEPT LA 24040
PASADENA, CA 91185


TEXTILE RENTAL SERVICES ASSOC.
1800 DIAGONAL RD
SUITE 200
ALEXANDRIA, VA 22314


THE ENTHUSIAST NETWORK
831 S. DOUGLAS ST
EL SEGUNDO, CA 90245


TI SHARED
225 LIBERTY STREET
ATTN: SHEILA VAUGHAN 04-703
NEW YORK, NY 10281


TIME INC./SPORTS ILLUSTRATED
225 LIBERTY STREET
ATTN: SHEILA VAUGHAN 04-703
NEW YORK, NY 10281


TMB: HAVEN HOME
44 SOUTH BROADWAY
WHITE PLAINS, NY 10601


TMB: READERS DIGEST
44 SOUTH BROADWAY
WHITE PLAINS, NY 10601

TURNER (BLEACHER REP. NASCAR)
PO BOX 32017
NEW YORK, NY 10087


USA TODAY
PO BOX 677460
DALLAS, TX 75267


VERICORE
SHAWN MARTIN
10115 KINCEY AVE. #100
HUNTERSVILLE, NC 28078


VIBRANT MEDIA, INC.
DEPT LA 24107
PASADENA, CA 91185


VOX MEDIA, INC. / SB NATION
PO BOX 200064
PITTSBURGH, PA 15251


WASHINGTON ATHLETIC CLUB
PO BOX 24683
SEATTLE, WA 98124


WILD THINGS
1416 NW 46TH ST. STE. 105
PMB 123
SEATTLE, WA 98107


WOMENSFORUM.COM, INC.
444 N. MICHIGAN AVE
SUITE 3550
CHICAGO, IL 60611


XAD, INC.
189 N. BERNARDO AVE
SUITE 100
MOUNTAIN VIEW, CA 94043


YAHOO! INC.
PO BOX 89-4147
LOS ANGELES, CA 90189

ZONES, INC.
1310 MADRID ST.
MARSHALL, MN 56258

# United States Bankruptcy Court
## Western District of Washington

In re  **Creature, LLC** _____  Case No. _____

_____  Debtor(s)  Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Creature, LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May 31, 2016_____  __/s/ James L. Day WSBA_____
Date  **James L. Day WSBA #20474**
  Signature of Attorney or Litigant
  Counsel for  **Creature, LLC**_____
  **Bush Kornfeld LLP**
  **601 Union St., Suite 5000**
  **Seattle, WA 98101-2373**
  **206-292-2110 Fax:206-292-2104**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy