**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

CHRISTOPHER M. ALSTON
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Room 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

Creature LLC,

Debtor.

Chapter 11

Case No. 16-12940

ORDER SCHEDULING CASE MANAGEMENT CONFERENCE AND REQUIRING DEBTOR TO SEND NOTICE

Pursuant to 11 U.S.C. §105(d), Fed. R. Civ. P. 16, and Bankruptcy Rules 7016 and 9014, **a case management conference will be held on Friday July 22, 2016, 2016, at 1:30 p.m.**, in Judge Alston's Courtroom, Room 7206, United States Courthouse, 700 Stewart St., Seattle, Washington. The purpose of the conference is to expedite the Chapter 11 case by establishing early and continuing control, to discourage wasteful litigation activities, and to facilitate settlement of disputed matters.

ORDER SETTING CASE MANAGEMENT CONFERENCE - 1

Below is the Order of the Court.

At the conference, the Court may consider and take action with respect to the formulation and simplification of issues in the Chapter 11 proceeding, the advisability of referring matters to an examiner or trustee, the possibility of settlement of issues or the use of extrajudicial procedures to resolve disputes, the need for adopting special procedures for managing potentially difficult or protracted adversary proceedings or contested matters that may involve complex issues, and such other matters as may aid in the progress of the Chapter 11 case.

An officer of the debtor must be present at the conference. **Attendance of interested parties other than the debtor is not mandatory, but strictly voluntary.** As to any interested parties who do attend the conference, at least one of the attorneys for each party, or a representative of each party unrepresented by an attorney, should have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be discussed. All parties should be prepared to address the issues listed on Exhibit A attached hereto to the extent those issues may apply to them.

Secured creditors, lien creditors and others contemplating filing motions for relief from stay are advised that many of the issues typically addressed in such motions are likely to be dealt with at the conference, thus they may prefer to refrain from filing such motions until after the conference.

In order to provide sufficient information to meaningfully discuss management of the case,

IT IS HEREBY ORDERED that:

1. **By Friday, July 15, 2016, the debtor shall file and serve on the parties served in accordance with paragraph 3 of this Order**:

    (a) A cash flow analysis, prepared on a weekly basis, for the upcoming 120 day period;

    (b) Historical financial information for the past three (3) years. If there is a seasonal variation in the debtor's income and expenses, the historical financial information shall include monthly recaps of income and expenses;

Below is the Order of the Court.

   (c) A statement of income and expenses since the date of filing of the petition with an indication as to the amount of paid and unpaid expenses; and

   (d) A budget (by month) showing expenses the debtor expects to incur for professional fees and costs (of any kind) during the Chapter 11 case.

  2. Any party who believes that the estate is liable for its attorneys' fees should be prepared to discuss the potential fees that the party will ask the estate to pay.

  3. **THE DEBTOR SHALL SERVE A COPY OF THIS ORDER WITHIN SIX (6) DAYS OF THE DATE OF THIS ORDER ON THE TWENTY LARGEST UNSECURED CREDITORS, ALL SECURED CREDITORS, ALL PRIORITY CREDITORS, LESSORS OF REAL PROPERTY TO THE DEBTOR, THE UNITED STATES TRUSTEE, AND ANY OTHER PARTIES IN INTEREST THAT THE DEBTOR BELIEVES WILL BE PARTICIPATING ACTIVELY IN THE CASE**. If any amounts, including taxes, are owed the State, the Bankruptcy and Collections Unit must be served with a copy of this order at:

  Office of the Attorney General
  Bankruptcy and Collections Unit
  800 Fifth Avenue, Suite 2000
  Seattle, WA 98104

If any amounts, including taxes, are owed the federal government, the United States Attorneys Office must be served with a copy of this order at the following addresses:

  United States Attorney's Office
  Attn: Bankruptcy Assistant
  700 Stewart Street, Suite 5220
  Seattle, WA 98101

  Internal Revenue Service
  915 Second Ave., MS243
  Seattle, WA 98174

If any amounts, including taxes, are owed King County, the County must be served with a copy of this order at:

ORDER SETTING CASE MANAGEMENT CONFERENCE - 3

Case 16-12940-CMA Doc 25 Filed 06/22/16 Ent. 06/22/16 08:02:38 Pg. 3 of 6

**Below is the Order of the Court.**

King County Treasury
Attn: Linda Crane Nelsen
500 - 4th Avenue, #600
Seattle, WA 98104-2387

A proof of service listing the names and addresses of the parties served shall be filed with the Court within ten (10) days of the date of this order.

///END OF ORDER///

ORDER SETTING CASE MANAGEMENT CONFERENCE - 4

**EXHIBIT A**

1. Preliminary matters
   - Filing of schedules and other documents
   - Appointment of creditors' committee
   - Is debtor a small business under section 101(51D)
   - Retention of Counsel approved (Note any problems with retention or terms of retention)
   - Retention of counsel for creditors' committee
   - Retention of other professionals
   - Filing of tax returns/due dates
   - Other

2. Information about the debtor
   - Individual/corporation/partnership
   - Type of business
   - Total assets and liabilities
   - Number of employees
   - Unique characteristics
   - Does debtor have accounting support/recent financial statements
   - Problems with taxing authorities
   - Insurance

3. Emergency Matters
   - Cash collateral use
   - §364 borrowing contemplated
   - Payment of prepetition wages
   - Utilities
   - Sales of property
   - Other

4. Adversary Proceedings
   - Preferences

- Fraudulent conveyances
- Other

5. Information about Secured Creditors

6. Information about priority unsecured creditors

7. Information about general unsecured creditors

8. Information about executory contracts

9. Deadlines and Dates
   - 341 Meeting date
   - Initial deadline under 365(d)(4) - 120 days after filing or order confirming plan: Nonresidential real property leases deemed rejected after the earlier of those dates unless debtor moves for extension of time
   - Deadlines under FRBP 9027
   - 120 day deadline for returned goods for credit under sec. 546(h) & 553(b)(1)
   - 180 day exclusivity deadline for plan and disclosure statement
   - Plan must be filed not later than 300 days
   - Dischargeability Complaints
   - Bar date for Claims

10. Anticipated actions of creditors
    - Motion to convert/dismiss
    - Motion to appoint trustee
    - Motion for relief from stay/adequate protection
    - Motion to shorten exclusivity period

11. Summary of debtor's proposed plan and anticipated date of filing

12. Contents of further scheduling and case management order to follow as a result of conference