HONORABLE CHRISTOPHER M. ALSTON

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

CREATURE, LLC,

            Debtor.

No. 16-12940

EX PARTE MOTION FOR ORDER CONTINUING SECTION 105 CONFERENCE AND RELATED DEADLINES

Creature, LLC, debtor in possession, by and through its undersigned attorneys, moves this Court on an ex parte basis for entry of an order continuing the date of the Section 105 Conference in this case, currently scheduled for July 22, 2016 at 1:30 p.m., and the related deadlines for disseminating information for approximately two weeks. The debtor has reached a crossroads in this case and its operations and may elect to commence a wind-down and cessation of its operations in the very near term. The debtor would therefore like to avoid the expense of assembling, copying and distributing the significant financial information contemplated under the Order Scheduling Case Management Conference and Requiring Debtor to Send Notice (ECF No. 25) if the case will not continue in Chapter 11. The debtor therefore requests a two week continuance of the Section 105 hearing, as well as the related deadlines for the production and dissemination of documents.

MOTION FOR ORDER CONTINUING SECTION 105
CONFERENCE AND RELATED DEADLINES  – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2209 20161 ag12e213j9
Case 16-12940-CMA    Doc 38    Filed 07/13/16    Ent. 07/13/16 14:05:00    Pg. 1 of 2

1     DATED this 12th day of July, 2016.

2                                          BUSH KORNFELD LLP

4                            By /s/ *James L. Day*
                             James L. Day, WSBA #20474
5                            Attorneys for Creature, LLC.

MOTION FOR ORDER CONTINUING SECTION 105
CONFERENCE AND RELATED DEADLINES – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104