HONORABLE CHRISTOPHER M. ALSTON

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In re

CREATURE, LLC,

Debtor.

No. 16-12940

DECLARATION OF HEATHER PETERSON IN SUPPORT OF POST-CONVERSION SCHEDULES

HEATHER PETERSON declares as follows:

1. I was the controller of Creature, LLC (the "Debtor"), debtor-in-possession herein, until it ceased operations on July 29, 2016. I have personal knowledge of the facts stated herein, and I am competent to testify to them.

2. I was responsible for all aspects of the Debtor's activities related to banking, accounts receivable and accounts payable.

3. With the assistance of counsel, I previously caused schedules of the company's assets and liabilities to be filed with the Court, which were accurate as on the date of the May 31, 2016 Chapter 11 filing. Those schedules remain accurate except as follows:

   a. Address change (Petition; SOFA # 26, 28): The Debtor's address has changed to 1517 12th Ave #101, Seattle, WA 98122.

DECLARATION OF HEATHER PETERSON IN SUPPORT
OF POST-CONVERSION SCHEDULES – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2209 20161 ah24gd136q
Case 16-12940-CMA    Doc 59    Filed 08/26/16    Ent. 08/26/16 07:53:27    Pg. 1 of 2

b. <u>Accounts and account balances (Schedule B)</u>: The only remaining bank accounts are a Bank of America account (#7119) with a balance of $15,038.92, and an Umpqua Bank account (#9601) with a balance of $1.74. All other accounts have been closed.

c. <u>Accounts receivable (Schedule B)</u>: The outstanding book balance of accounts receivable is $45,234.96. Of this amount, I believe $9,500 is collectible. A detail is attached as <u>Exhibit A</u>.

d. <u>Executory contracts (Schedule G)</u>: A contract with the following party should be <u>added</u> to Schedule G:

> Lane PR
> 905 SW 16th Ave
> Portland, OR 97205

The nature of the contract: Contract with customer to develop website.

e. <u>Pre-conversion distributions (SOFA #3)</u>: In addition to the disbursements that were detailed in the Chapter 11 SOFA, attached as <u>Exhibit B</u> are a listing of disbursements made during the Chapter 11 case.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 25th day of August, 2016.

/s/ *Heather Peterson*
Heather Peterson

DECLARATION OF HEATHER PETERSON IN SUPPORT OF POST-CONVERSION SCHEDULES – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104