# Client Invoice Aging

Unpaid invoices as of today

| Number: | Date: | Due: | Job: | Current: | 30-Day: | 60-Day: | 90-Day: | TOTAL: |
|---|---|---|---|---|---|---|---|---|
| **Apptio (APT)** | | | | | | | | |
| 3131 | 02/26/16 | 04/06/16 | APT-010 | | | | $124.26 | $124.26 |
| | | **TOTAL: 1 invoices** | | | | | **$124.26** | **$124.26** |
| **Proof Mark LLC (BDG)** | | | | | | | | |
| 3083 | 12/03/15 | 01/04/16 | BDG-004 | | | | $7,282.34 | $7,282.34 |
| | | **TOTAL: 1 invoices** | | | | | **$7,282.34** | **$7,282.34** |
| **Cyanogen Inc. (CYN)** | | | | | | | | |
| 3089 | 12/17/15 | 01/16/16 | CYN-001 | | | | $41,760.00 | $41,760.00 |
| 3118 | 02/29/16 | 02/29/16 | CYN-001 | | | | $-41,760.00 | $-41,760.00 |
| | | **TOTAL: 2 invoices** | | | | | | |
| **Dickies (DCK)** | | | | | | | | |
| *817-810-5782* | | | | | | | | |
| 3103 | 02/19/16 | 03/21/16 | DCK-188 | | | | $18,880.00 | $18,880.00 |
| | | **TOTAL: 1 invoices** | | | | | **$18,880.00** | **$18,880.00** |
| **Lane PR (LPR)** | | | | | | | | |
| 3148 | 07/27/16 | 07/27/16 | LPR-001 | $8,000.00 | | | | $8,000.00 |
| 3149 | 07/28/16 | 07/28/16 | LPR-001 | $1,500.00 | | | | $1,500.00 |

*How to read this report:*  see www.clientsandprofits.com/report-o-matic

EXHIBIT A

| Number: | Date: | Due: | Job: | Current: | 30-Day: | 60-Day: | 90-Day: | TOTAL: |
|---|---|---|---|---|---|---|---|---|
| | | **TOTAL: 2 invoices** | | **$9,500.00** | | | | **$9,500.00** |
| **Pebblebee (PBL)** | | | | | | | | |
| 3122 | 03/30/16 | 04/29/16 | PBL-002 | | | | $10,000.00 | $10,000.00 |
| | | **TOTAL: 1 invoices** | | | | | **$10,000.00** | **$10,000.00** |
| **Riverhouse Hotel (RVH)** | | | | | | | | |
| *541*389-3111* | | | | | | | | |
| 3106 | 02/26/16 | 02/26/16 | RVH-006 | | | | $-551.64 | $-551.64 |
| | | **TOTAL: 1 invoices** | | | | | **$-551.64** | **$-551.64** |

**REPORT TOTAL:**                                9 Invoices

| | | |
|---|---|---|
| **Current Balance:** | $ 9,500.00 | 21.00 % |
| **30-Day:** | -- | % |
| **60-Day:** | -- | % |
| **90-Day:** | $ 35,734.96 | 79.00 % |
| **Balance Due:** | $ 45,234.96 | |

*How to read this report:* see www.clientsandprofits.com/report-o-matic