# DISTRIBUTIONS

| Check # | Date | Payee | Ref | Type | Amount | Account |
|---|---|---|---|---|---|---|
| 9157 | 6/10/2016 | Car Tender | 18 | HP | $ 1,648.61 | 1000 Cash - BofA Biz Checking 7119 |
| 9158 | 6/10/2016 | American Express | 18 | HP | $ 27.22 | 1000 Cash - BofA Biz Checking 7119 |
| 160610 | 6/10/2016 | Paychex-fee | 17 | HP | $ 180.50 | 1000 Cash - BofA Biz Checking 7119 |
| 1606101 | 6/10/2016 | Guardian | 18 | HP | $ 1,174.32 | 1000 Cash - BofA Biz Checking 7119 |
| 9159 | 6/14/2016 | MacTechs | 18 | HP | $ 623.44 | 1000 Cash - BofA Biz Checking 7119 |
| 9160 | 6/14/2016 | Beyene Andebrhan | 18 | HP | $ 1,500.00 | 1000 Cash - BofA Biz Checking 7119 |
| 160614 | 6/14/2016 | Heather Peterson | 18 | HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606141 | 6/14/2016 | Myray Reames | 18 | HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606142 | 6/14/2016 | Claire Penhale | 18 | HP | $ 147.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606143 | 6/14/2016 | Julie Honeywell | 18 | HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606145 | 6/14/2016 | Transamerica | 18 | HP | $ 4,005.05 | 1000 Cash - BofA Biz Checking 7119 |
| 1606151 | 6/15/2016 | Cash | 18 | HP | $ 2,243.00 | 1000 Cash - BofA Biz Checking 7119 |
| 160616 | 6/16/2016 | Bank of America | 18 | HP | $ 916.89 | 1000 Cash - BofA Biz Checking 7119 |
| 160621 | 6/21/2016 | Cigna HealthCare | 18 | HP | $ 6,765.13 | 1000 Cash - BofA Biz Checking 7119 |
| 1606211 | 6/21/2016 | Bank of America | 18 | HP | $ 11,449.60 | 1000 Cash - BofA Biz Checking 7119 |
| 1606212 | 6/21/2016 | WA State Dept of Revenue | 18 | HP | $ 336.89 | 1000 Cash - BofA Biz Checking 7119 |
| 1606213 | 6/21/2016 | Transamerica | 18 | HP | $ 3,908.13 | 1000 Cash - BofA Biz Checking 7119 |
| 9161 | 6/23/2016 | The Hartford | 18 | HP | $ 249.24 | 1000 Cash - BofA Biz Checking 7119 |
| 9162 | 6/23/2016 | Philadelphia Insurance Companies | 18 | HP | $ 670.08 | 1000 Cash - BofA Biz Checking 7119 |
| 9163 | 6/23/2016 | Bank of America | 18 | HP | $ 500.00 | 1000 Cash - BofA Biz Checking 7119 |
| 160629 | 6/29/2016 | Myray Reames | 18 | HP | $ 198.56 | 1000 Cash - BofA Biz Checking 7119 |
| 1606291 | 6/29/2016 | Claire Penhale | 18 | HP | $ 75.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606292 | 6/29/2016 | Julie Honeywell | 18 | HP | $ 158.11 | 1000 Cash - BofA Biz Checking 7119 |
| 160630 | 6/30/2016 | American Express | 18 | HP | $ 16,972.31 | 1000 Cash - BofA Biz Checking 7119 |
| 9164 | 7/1/2016 | GDM Private Financial Solutions | 19 | HP | $ 3,850.00 | 1000 Cash - BofA Biz Checking 7119 |
| 9165 | 7/1/2016 | Apple Financial Services | 19 | HP | $ 1,583.07 | 1000 Cash - BofA Biz Checking 7119 |
| 9166 | 7/1/2016 | Zones Inc | 19 | HP | $ 1,384.22 | 1000 Cash - BofA Biz Checking 7119 |
| 9167 | 7/1/2016 | Demaree Services, LLC | 19 | HP | $ 528.27 | 1000 Cash - BofA Biz Checking 7119 |
| 160701 | 7/1/2016 | Pet Gorilla, LLC | 19 | HP | $ 41,102.73 | 1000 Cash - BofA Biz Checking 7119 |
| 1606301 | 7/1/2016 | Guardian | 19 | HP | $ 546.84 | 1000 Cash - BofA Biz Checking 7119 |
| 1607011 | 7/1/2016 | Apostrophe West LLC | 19 | HP | $ 60,000.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1607012 | 7/1/2016 | Transamerica | 19 | HP | $ 3,984.04 | 1000 Cash - BofA Biz Checking 7119 |
| 160706 | 7/6/2016 | Prudential Group Insurance | 19 | HP | $ 598.88 | 1000 Cash - BofA Biz Checking 7119 |
| 9168 | 7/8/2016 | Comcast | 19 | HP | $ 243.34 | 1000 Cash - BofA Biz Checking 7119 |
| 9169 | 7/8/2016 | Girlie Press, Inc. | 19 | HP | $ 1,221.46 | 1000 Cash - BofA Biz Checking 7119 |
| 9170 | 7/8/2016 | Helpful Human | 19 | HP | $ 4,000.00 | 1000 Cash - BofA Biz Checking 7119 |
| 9171 | 7/8/2016 | DCG ONE | 19 | HP | $ 2,245.64 | 1000 Cash - BofA Biz Checking 7119 |
| 9172 | 7/8/2016 | Adam Brazg | 19 | HP | $ 400.00 | 1000 Cash - BofA Biz Checking 7119 |
| 71516 | 7/15/2016 | Bank of America | 19 | HP | $ 953.00 | 1000 Cash - BofA Biz Checking 7119 |
| 160715 | 7/15/2016 | Heather Peterson | 19 | HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1607151 | 7/15/2016 | Bryan Minnich | 19 | HP | $ 1,122.91 | 1000 Cash - BofA Biz Checking 7119 |
| 1607152 | 7/15/2016 | Julie Honeywell | 19 | HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1607156 | 7/15/2016 | Paychex-fee | 19 | HP | $ 180.50 | 1000 Cash - BofA Biz Checking 7119 |
| 1607201 | 7/20/2016 | Cigna HealthCare | 19 | HP | $ 5,488.41 | 1000 Cash - BofA Biz Checking 7119 |
| 160721 | 7/21/2016 | Bank of America | 19 | HP | $ 189.56 | 1000 Cash - BofA Biz Checking 7119 |
| 160726 | 7/26/2016 | Transamerica | 19 | HP | $ 3,792.22 | 1000 Cash - BofA Biz Checking 7119 |
| 9174 | 7/28/2016 | Steve Hansen | 19 | HP | $ 5,900.00 | 1000 Cash - BofA Biz Checking 7119 |
| 9175 | 7/28/2016 | Apostrophe West LLC | 19 | HP | $ - | 1000 Cash - BofA Biz Checking 7119 |
| 9176 | 7/28/2016 | Sizmek Technologies Inc. | 19 | HP | $ 570.43 | 1000 Cash - BofA Biz Checking 7119 |
| 9177 | 7/29/2016 | MacTechs | 19 | HP | $ 2,500.00 | 1000 Cash - BofA Biz Checking 7119 |
| 801161 | 8/1/2016 | Transamerica | 20 | HP | $ 2,393.05 | 1000 Cash - BofA Biz Checking 7119 |
| 80316 | 8/3/2016 | Apostrophe West LLC | 20 | HP | $ 29,195.31 | 1000 Cash - BofA Biz Checking 7119 |
| 803161 | 8/3/2016 | Color Crate Inc. | 20 | HP | $ 478.55 | 1000 Cash - BofA Biz Checking 7119 |

EXHIBIT B

Case 16-12940-CMA    Doc 59-2    Filed 08/26/16    Ent. 08/26/16 07:53:27    Pg. 1 of 1