## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❏   *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

❏   *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

❏   *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

❏   *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

❏   *Schedule H: Codebtors (Official Form 206H)*

❏   *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☒X   *Amended Schedule* B, D, E, F,G, SOFA, AND SUMMARY OF ASSETS AND LIABILITIES

❏   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

❏   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **09/01/16**      ✗ _____
       MM / DD / YYYY        Signature of individual signing on behalf of debtor

                               matt Peterson
                               Printed name

                               CEO
                               Position or relationship to debtor

Debtor name   **Creature, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)   **16-12940**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from *Schedule A/B*...........................................................................  $         **0.00**

   1b. Total personal property:
   Copy line 91A from *Schedule A/B*.........................................................................  $     **90,872.66**

   1c. Total of all property:
   Copy line 92 from *Schedule A/B*...........................................................................  $     **90,872.66**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................  $     **63,058.46**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $         **0.00**

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................  +$     **2,571,510.44**

4. Total liabilities ...........................................................................................................................  $     **2,634,568.90**
   Lines 2 + 3a + 3b

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Creature, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **16-12940**

■ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | BofA | checking | 7119 | $15,038.92 |
| 3.2. | Umpqua | checking | 9601 | $1.74 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$15,040.66

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| 11a. 90 days old or less: | 45,234.96 | - | 35,734.96 | = .... | $9,500.00 |
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $9,500.00 |
| --- |

**Part 4:      Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,040.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,500.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,540.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $24,540.66 |

# CREATURE, LLC
# 16-12940

# ATTACHMENT TO SCHEDULE B #10

# Client Invoice Aging

Unpaid invoices as of today

| Number: | Date: | Due: | Job: | Current: | 30-Day: | 60-Day: | 90-Day: | TOTAL: |
|---|---|---|---|---|---|---|---|---|
| **Appito (APT)** | | | | | | | | |
| 3131 | 02/26/16 | 04/06/16 | APT-010 | | | | $124.26 | $124.26 |
| | TOTAL: 1 invoices | | | | | | **$124.26** | **$124.26** |
| **Proof Mark LLC (BDG)** | | | | | | | | |
| 3083 | 12/03/15 | 01/04/16 | BDG-004 | | | | $7,282.34 | $7,282.34 |
| | TOTAL: 1 invoices | | | | | | **$7,282.34** | **$7,282.34** |
| **Cyanogen Inc. (CYN)** | | | | | | | | |
| 3089 | 12/17/15 | 01/16/16 | CYN-001 | | | | $41,760.00 | $41,760.00 |
| 3118 | 02/29/16 | 02/29/16 | CYN-001 | | | | $-41,760.00 | $-41,760.00 |
| | TOTAL: 2 invoices | | | | | | | |
| **Dickies (DCK)** | | | | | | | | |
| | 817-810-5782 | | | | | | | |
| 3103 | 02/19/16 | 03/21/16 | DCK-188 | | | | $18,880.00 | $18,880.00 |
| | TOTAL: 1 invoices | | | | | | **$18,880.00** | **$18,880.00** |
| **Lane PR (LPR)** | | | | | | | | |
| 3148 | 07/27/16 | 07/27/16 | LPR-001 | $8,000.00 | | | | $8,000.00 |
| 3149 | 07/28/16 | 07/28/16 | LPR-001 | $1,500.00 | | | | $1,500.00 |

How to read this report:   see www.clientsandprofits.com/report-o-matic

# Client Invoice Aging

Unpaid invoices as of today

| Number: | Date: | Due: | Job: | Current: | 30-Day: | 60-Day: | 90-Day: | TOTAL: |
|---------|-------|------|------|----------|---------|---------|---------|--------|
| **Pebblebee (PBL)** | | | | | | | | |
| 3122 | 03/30/16 | 04/29/16 | PBL-002 | | | | $10,000.00 | $10,000.00 |
| | | | **TOTAL: 1 Invoices** | | | | $10,000.00 | $10,000.00 |
| | | | **TOTAL: 2 invoices** | $9,500.00 | | | | $9,500.00 |
| **Riverhouse Hotel (RVH)** | | | | | | | | |
| 541`389-3111 | | | | | | | | |
| 3106 | 02/26/16 | 02/26/16 | RVH-006 | | | | $-551.64 | $-551.64 |
| | | | **TOTAL: 1 Invoices** | | | | $-551.64 | $-551.64 |

**REPORT TOTAL:** 9 Invoices

| | | |
|---|---|---|
| Current Balance: | $ 9,500.00 | 21.00 % |
| 30-Day: | — | % |
| 60-Day: | $ 35,734.96 | % |
| 90-Day: | | 79.00 % |
| **Balance Due:** | $ 45,234.96 | |

**CREATURE, LLC**

Attachment to Form 206 Schedule A/B

Question Part 4, Question 15

**Creature Chapter 11 Filing**
Form 206 A/B
Part 4, Paragraph 15 - Investments

May-16

| | Description | Date | Expires | Shares | Share Price | Purchase | Mrkt Value |
|---|---|---|---|---|---|---|---|
| ① **Equitabowl, Inc dba Kigo Kitchen** | Warrant to Purchase Common Stock | 22-Apr-14 | 21-Apr-18 | 87,500 $ | 0.4100 | $ 35,875.00 | Unknown |
| | 1620 Broadway, Suite 209, Seattle, WA 98122 | | | | | | |
| ② **Interbay Cider, LLC** | Ownership of LLC "Profits Units" | 8-Jun-14 | N/A | 25,000 | Liquidation Value | | Unknown |
| Thomas Todaro | 945 Elliott Ave West, Seattle, WA 98119 | | | | | | |
| tomtodaro@gmail.com | | | | | | | |
| ③ **Mad Hatter Brewing LLC** | Ownership of LLC "Profits Units" | 8-Jun-14 | N/A | 25,000 | Liquidation Value | | Unknown |
| Thomas Todaro | 945 Elliott Ave West, Seattle, WA 98119 | | | | | | |
| tomtodaro@gmail.com | | | | | | | |
| ④ **Proof Mark, Inc** | Ownership of Common Stock | 1-Apr-15 | N/A | 100,000 $ | 0.0001 | $ 10.00 | Unknown |

# CREATURE, LLC

Attachment to Form 206 Schedule A/B

Question Part 7, Question 39-41

## 1. Office Equipment Owned

| Computer Model | CPU (GHz) | Serial Number |
|---|---|---|
| 15" MacBook Pro6,2 | 2.66 x 2, Intel Core i7 | W8021ADHAGW |
| MacBook Air6,1 | 1.4, Intel Core i5 | C02N520UG5RL |
| MacPro4,1 | 2.26 x 8, Quad-Core Intel Xeon | YM9380LA20G |
| 15" MacBook Pro6,2 | 2.66 x 2, Intel Core i7 | W80380FMAGW |
| 15" MacBook Pro6,2 | 2.66 x 2, Intel Core i7 | W803804DAGW |
| 15" MacBook Pro6,2 | 2.66 x 2, Intel Core i7 | W802193CAGW |
| 17" iMac5,1 (Late 2006) | 2.0 x 1, Intel Core 2 Duo | YD73857NVUX |
| Sony VAIO Notebook PC VPCCW21FX | Core i3 2.13 GHz (M330) | 27506731-3038173 |
| HP ProBook 4520s | 2.40 GHz Intel Core i5 | 2CE02509BN |
| HP Elite Book 8560w | Core i7 2.8 GHz | 5CB2112TG9 |
| HP Pavilion dm3 Notebook PC | AMD Neo X2 1.6 GHz | CNC9502SCR |
| Toshiba Satellite L355, PSLD8U-06C01E | | Z8258397Q |

| Display Model | | Serial Number |
|---|---|---|
| 27" LED Cinema | | 2A03538D6JL |
| 27" LED Cinema | | 2A0355KW6JL |
| 27" LED Cinema | | 2A0359956JL |
| 27" LED Cinema | | 2A035DWN6JL |
| 27" LED Cinema | | 2A0354SC6JL |
| 24" LED Cinema | | 2A0355H26JL |
| 27" Thunderbolt | | C02MX2X8F2GC |
| 27" Thunderbolt | | C02ML0DWF2GC |
| 27" LED Cinema | | 2A0352ZD6JL |
| 27" LED Cinema | | 2A03538G6JL |
| 27" LED Cinema | | 2A0352Z46JL |
| 27" LED Cinema | | 2A03531P6JL |
| 27" LED Cinema | | 2A035DSL6JL |
| VA521 | | 922050400748 |
| Cinema HD | | 2A7502P9XMN |
| LED Cinema | | 2AA050YD0K0 |
| LED Cinema | | 2AA0510Z0K0 |
| 24" LED Cinema | | 2ARU03Q00K0 |
| 20" LED Cinema | | 8W8301CXXMM |
| LA2405 | | CN420908B8 |
| LED Cinema | | Missing - wiped off |

| Phone/Wireless | Item Name | SKU | Serial Number |
|---|---|---|---|
| Switch | WS-C2960S-48LPS-L | CON-SNT-2960S4LS | FOC1507Y2U1 |
| Phone System/Firwall | C2921-CME-SRST/K9 | CON-SNT-2921CMST | FTX1511AHB4 |
| Wireless AP's | AIR-LAP1142N-A-K9 | CON-SNT-1142NAK | FTX1511K5XR |
| Wireless AP's | AIR-LAP1142N-A-K9 | CON-SNT-1142NAK | FTX1511K5XS |
| Wireless AP's | AIR-LAP1142N-A-K9 | CON-SNT-1142NAK | FTX1511K5Y3 |
| Wireless AP's | AIR-LAP1142N-A-K9 | CON-SNT-1142NAK | FTX1511K5Y4 |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A1S7 |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A1TX |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A20B |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A246 |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1451A24W |
| Phone | CP-7925G-A-K9= | CON-SNT-7925G1K | IAC1828A0SF |
| Wireless Controller | AIR-WLC2106-K9 | CON-SNT-WLC2006 | JMX150940ZH |

| Printer | Item Name | Serial Number |
|---|---|---|
| Epson Wide Format | Stylus Pro 9700 | LINDE004731 |

| Server | Description | Serial Number |
|---|---|---|

Xserve                    2 x 2 GHz, Dual-Core Intel Xeon                    G87401SKV2M

2. Furnishings owned by Creature:

- (17) large wall panels (foam + fabric)
- (4) green sectional sofas
- (3) receivers
- (8) speakers
- (1) turntable
- (3) long white desks
- (15) white chairs
- (1) white side table
- (1) wurlitzer
- (1) vintage dental chair
- (1) electric fire place
- (3) mini fridges
- (1) wine mini fridge
- (4) kitchen tables
- (4) kitchen chairs
- (4) bar stools
- (1) large refridgerator
- (1) yellow table
- (46) brown desks
- (39) office chairs
- (17) orange plastic shelves
- (10) brown chairs
- (2) brown shelves
- (12) hanging bike racks
- (1) big white conference table
- (1) founders room conference table, brown
- (1) aluminum coffee table
- (2) microwaves
- (2) big metal tables
- (3) black locking file cabinents
- (4) grey locking file cabinents
- (1) mini dishwasher

- (1) camera for production, canon 7d camera body
- (1) lens
- (1) tripod
- (1) working constant light
- (2) light stands
- (1) seamless rack on wall
- (1) grey cushy chair
- (4) charcoal grey couches
- (4) clear plastic chairs
- (1) ping pong table
- (1) fuse ball table
- (1) white table
- (2) ladders
- (1) large lacy light fixture
- (25) grey unlocking small desk filing cabinents
- safehouse record collection
- (1) Shredder
- (1) large brown bookshelf
- (1) turquoise chair
- (3) standing desks
- (12) desk lamps
- (8) clear tall bar chairs
- (1) van (not driven)
- (1) TV stand
- (2) tan bookshelves

3. Supplies on hand at Creature

- (10) Wacom tablets
- (43) Keyboards
- (42) Mice
- (3) Track Pads
- Pens
- Pencils
- Folders
- Sticky Notes
- Index Cards
- Scissors
- Envelopes
- Staplers
- Clipboards
- Paper

- Easels
- Rulers
- Hole punchers
- Toaster
- Batteries
- Dongles
- Power cables for Macs
- Mugs and glasses
- Advil
- Soda
- Trash and Recycling containers
- bankers boxes

7. List of leases:
a. Leased computers

## LEASE 011 - Apple Financial (Now LEASE 021) - ($1583.07/month)

| Computer Model | CPU (GHz) | Lease Number | Lessor | Serial Number |
|---|---|---|---|---|
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC5VSFFT1 |
| 13.3" MacBook Pro10,2 | 2.5 x 2, Intel Core i5 | 011 | Apple Financia | C02KF0HXDR55 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K3247DTY4 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K32XRDTY4 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K31BWDTY4 |
| 13.3" MacBook Pro10,2 | 2.5 x 2, Intel Core i5 | 011 | Apple Financia | C02KF065DR55 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K31KGDTY4 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K329JDTY4 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K32LLDTY4 |
| 13.3" MacBook Pro10,2 | 2.5 x 2, Intel Core i5 | 011 | Apple Financia | C02KF0FKDR55 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K3280DTY4 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC5Z4FFT1 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC5YKFFT1 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC60QFFT1 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC48BFFT1 |
| 15.4" MacBook Pro9,1 | 2.3 x 4, Intel Core i7 | 011 | Apple Financia | C02KF0HTF1G3 |
| 15.4" MacBookPro9,1 | 2.3 x 4, Intel Core i7 | 011 | Apple Financia | C02KF0WEF1G3 |
| 15.4" MacBook Pro10,1 | 2.7 x 4, Intel Core i7 | 011 | Apple Financia | C02KC4QXFFT1 |
| 13.3" MacBook Pro9,2 | 2.9 x 2, Intel Core i7 | 011 | Apple Financia | C02K32A6DTY4 |

| Display Model | | Lease Number | Lessor | Serial Number |
|---|---|---|---|---|
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2HEF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2VHF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2N6F2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2N0F2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2J5F2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2REF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | Stand:C02KD2QAF2GC/Display:C02JW3ALF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD0XMF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2PUF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2RGF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD2JCF2GC |
| 27" Thunderbolt | | 011 | Apple Financia | C02KD48NF2GC |

## LEASE 018 - Apple Financial ($1,156.21/month)

| Computer Model | CPU (GHz) | Lease Number | Lessor | Serial Number |
|---|---|---|---|---|
| 15.4" MacBook Pro11,3 | 2.3 x 4, Quad-Core/Intel Core | 018 | Apple Financia | C02M9443FD57 |
| 15.4" MacBook Pro11,3 | 2.3 x 4, Intel Core i7 | 018 | Apple Financia | C02MK24LFD59 |
| 13.3" MacBook Pro | 2.6, Dual-Core/Intel Core I5 | 018 | Apple Financia | C02MK23YFH05 |
| 15.4" MacBook Pro | 2.3, Quad-Core/Intel Core i7 | 018 | Apple Financia | C02M998UFD57 |
| 13.3" MacBook Pro | 2.6, Dual-Core/Intel Core i5 | 018 | Apple Financia | C02MK23ZFH05 |
| 15.4" MacBook Pro11,3 | 2.3 x 4, Quad-Core/Intel Core | 018 | Apple Financia | C02MK2AKFD59 |
| 15.4" MacBook Pro | 2.3, Quad-Core/Intel Core i7 | 018 | Apple Financia | C02M94JGFD57 |
| 15.4" MacBook Pro | 2.3, Quad-Core/Intel Core i7 | 018 | Apple Financia | C02M94LTFD57 |
| 15.4" MacBook Pro11,3 | 2.3 x 4, Intel Core i7 | 018 | Apple Financia | C02M94L0FD57 |
| 15.4" MacBook Pro11,3 | 2.3, Quad-Core/Intel Core i7 | 018 | Apple Financia | C02MK24MFD59 |

| Display Model | | Lease Number | Lessor | Serial Number |
|---|---|---|---|---|
| 27" Thunderbolt | | 018 | Apple Financia | C02MK2CWF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK1FRF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK1GGF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK2FUF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK18SF2GC |
| 27" Thunderbolt | | 018 | Apple Financia | C02MK1ESF2GC |

## LEASE 019 - Apple Financial ($1,802.50/month)

| Computer Model (Server Room) | | | | Serial Number |
|---|---|---|---|---|
| Mac Mini (Late 2012) | 1x 2.3GHz quad-core Intel Cor | 019 | Apple Financia | C07MK0BYDY3J |
| Mac Mini (Late 2012) | 1x 2.3GHz quad-core Intel Cor | 019 | Apple Financia | C07MK0BXDY3J |
| Mac Mini (Late 2012) | 1x 2.3GHz quad-core Intel Cor | 019 | Apple Financia | C07MK0BWDY3J |

**Lessor Address**
Apple Financial
PO Box 31001-0497
Pasadena, CA 91110-0497

b. Leased Coplers - Monthly Payment (all) $3,213.47

| Lease Number | Description | Serial # | Address of Lessor |
|---|---|---|---|
| 200-3066072-100 | RICOH MPC6003 (Main) | E194M810171 | Ricoh |
| 200-3066073-100 | RICOH MPC6003 (Studio) | E195MB10348 | 70 Valley Stream Pkwy |
| 200-3066074-100 | RICOH MPC6003 (Mezzanine) | E194M810161 | Malvern, PA 19355 |

c. Leased Software

| Lease Number | Description | Monthly $ | Address of Lessor |
|---|---|---|---|
| 2055742 | 17 licenses - adobe creative cloud for 12 months 1/1/2016-12/31/2016 | $ 1,384.22 | Zones 1310 Madrid Street Marshall, MN 56258 |
| Creature | Cllents and Profits Software (Accounting and Project management) | $ 256.00 | 4755 Oceanside Blvd #200 Oceanside, CA 92056 |

Debtor name **Creature, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) **16-12940**

■ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ **Yes.** Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** **Bank of America**
Creditor's Name

Describe debtor's property that is subject to a lien

$58,413.64 | $0.00

**800 5th Ave. 36th Floor**
**Seattle, WA 98104**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

**2.2** **King County Treasury**
Creditor's Name

Describe debtor's property that is subject to a lien

$3,644.82 | $0.00

**RM 600-500 Fourth Avenue**
**Seattle, WA 98104**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Schedule D: Creditors Who Have Claims Secured by Property

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     **$62,058.46**

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

■ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Seattle**<br>**700 Fifth Avenue, Suite 4250**<br>**Seattle, WA 98124** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**    **$0.00** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **4946**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**8**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**A+E Networks**<br>**235 East 45th Street**<br>**New York, NY 10017** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,756.11** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Advanstar/UBM**<br>**131 West First St**<br>**ATTN: Maureen Dzikonski**<br>**St. Duluth, MN 55802** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$15,625.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **2643** | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,948.00 |
|---|---|---|---|

**Advertising Specialty Inst.**
4800 Street Road
Trevose, PA 19053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $735.11 |
|---|---|---|---|

**Ambient Control**
1411 R. Street Northwest
Auburn, WA 98001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  1470

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|---|

**American Media, Inc.**
PO Box 978504
Dallas, TX 75397

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,808.99 |
|---|---|---|---|

**AOL Advertising, Inc.**
PO Box 5696
New York, NY 10087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2290

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |
|---|---|---|---|

**Ashbaugh Beal**
4400 Columbia Center
701 Fifth Ave.
Seattle, WA 98104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  5733

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,738.54 |
|---|---|---|---|

**AT&T**
P.O. Box 5019
Carol Stream, IL 60107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2144

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161,335.00 |
|---|---|---|---|

**Billups, Inc.**
PO Box 3558
Portland, OR 97208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-12940-CMA    Doc 60    Filed 09/02/16    Ent. 09/02/16 14:32:36    Pg. 20 of 46

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$4,850.00** |

**Bobit Business Media**
3520 Challenger Street
Attn: Silvija
Torrance, CA 90503

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3237**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$49,613.69** |
|---|---|---|---|

**Bonnier Corporation**
AR Departement
460 N Orlando Ave
Suite 200
Winter Park, FL 32789

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$10,000.00** |
|---|---|---|---|

**Clear Channel Outdoor**
20880 Stone Oak Parkway
Attn: Peter Keefe
San Antonio, TX 78258

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7513**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$203.88** |
|---|---|---|---|

**Comcast Business**
9602 S. 300 W.
Suite B
Sandy, UT 84070

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8394**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6,409.00** |
|---|---|---|---|

**Dallas Morning News**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**DataXu**
c/o Andy Dale
281 Summer Street
Boston, MA 02210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Notice only.**

Date(s) debt was incurred  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$82,384.84** |
|---|---|---|---|

**DataXu, Inc.**
P.O. Box 347738
Pittsburgh, PA 15251

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Creature, LLC** | Case number (if known) | **16-12940** |
|--------|-------------------|------------------------|--------------|
|        | Name              |                        |              |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,962.36 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Defy Media, LLC**
498 7th Ave
19th Floor
New York, NY 10018

Date(s) debt was incurred _

Last 4 digits of account number **A003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------|

**Dickies**
P.O. Box 1779
Fort Worth, TX 76101

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,410.34 |
|------|--------------------------------------------------|-------------------------------------------------------------------|------------|

**Discovery Digital**
PO Box 79971
Baltimore, MD 21279

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,409.00 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**DMN Media**
508 Young St
Dallas, TX 75202

Date(s) debt was incurred _

Last 4 digits of account number **9085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,242.86 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-----------|

**DPE Systems**
120 Lakside Ave. Ste. 230
Seattle, WA 98122

Date(s) debt was incurred _

Last 4 digits of account number **6007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131,850.70 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**Dstillery**
470 Park Ave S.
6th Floor
New York, NY 10016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $283,992.15 |
|------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**ESPN (Magazine & Digital)**
147 W 66th St
5th Floor
New York, NY 10023

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,565.00** |

**Fabricare Canada**
**Box 69571**
**Central Oakville Post Office**
**Oakville**
**Ontario, Canada L6J 7R4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |

**Fox Sports Interactive Media**
**15803 Collection Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,774.19** |

**Galvanize, Inc.**
**1062 Delaware Street**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1478**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$930.00** |

**GDM Private Financial Solutions**
**11100 NE 8th St. Ste. 380**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,831.39** |

**Hearst Magazines**
**Hearst Tower**
**Attn: Cynthia Amori, 33rd Fl.**
**214 North Tryon St**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **5706**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,643.34** |

**Hulu, LLC**
**2500 Broadway**
**2nd Floor**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,680.95** |

**Hunter Capital Real Estate, LL**
**1620 Broadway, Ste. 200**
**Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-12940-CMA    Doc 60    Filed 09/02/16    Ent. 09/02/16 14:32:36    Pg. 23 of 46

| | |
|---|---|
| Debtor | **Creature, LLC** |
| | Name |

Case number *(if known)* **16-12940**

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,077.50**
---|---|---|---

**iHeart Media, Inc.**
PO Box 847654
Dallas, TX 75284

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7537**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$277.92**
---|---|---|---

**Integra**
18110 SE 34th St.
Bldg. 1, Suite 100
Vancouver, WA 98683

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2215**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,818.76**
---|---|---|---

**Integra**
18110 SE 34th St.
Bldg. 1, Suite 100
Vancouver, WA 98683

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1603**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,052.89**
---|---|---|---

**Internet Brands, Inc.**
909 N. Sepulveda Blvd
11th Floor
El Segundo, CA 90245

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2943**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**
---|---|---|---

**Jim Haven Sr. & Janice Haven**
5808 Glacier Way
Yakima, WA 98908

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,944.00**
---|---|---|---

**MacTechs**
2121 1st Ave. #103
Seattle, WA 98121

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$240.00**
---|---|---|---

**Made in Northwest Inc.**
8040 35th Av eNE
Seattle, WA 98115

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 6 of 12

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 16-12940-CMA    Doc 60    Filed 09/02/16    Ent. 09/02/16 14:32:36    Pg. 24 of 46

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,181.59 |

**Maxwell Winward**
27 Tudor Street
London, UK EC4Y 0AY

Date(s) debt was incurred __

Last 4 digits of account number  1179

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,894.45 |

**Millennial Media**
2400 Boston St
Suite 300
Baltimore, MD 21224

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |

**Nash Country, LLC**
506 2nd Ave
Suite 200
Nashville, TN 37210

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,271.29 |

**National Safety Council**
PO Box 558
Itasca, IL 60143

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |

**NBC Universal, LLC**
30 Rockefeller Plaza
1221 The Campus-27B60
New York, NY 10012

Date(s) debt was incurred __

Last 4 digits of account number  8882

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |

**Office of the UST**
700 Stewart Street, Ste. 5103
Seattle, WA 98101

Date(s) debt was incurred __

Last 4 digits of account number  2940

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $683.79 |

**Paychex of New York LLC**
20829 72nd Ave. S.
Suite 400
Kent, WA 98031

Date(s) debt was incurred __

Last 4 digits of account number  W558

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$120,868.25** |

**Perform Sporting News, LLC**
**120 West Morehead Street**
**c/o Taj Polite**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$670.08** |

**Philadelphia Insurance Co.**
**P.O. Box 70251**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1420**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$47,000.00** |

**Quantcast**
**740 Walt Whitman Rd**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$4,013.98** |

**Ricoh USA, Inc.**
**70 Valley Stream Parkway**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8855**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$42,489.43** |

**Robson Grieve**
**480 Pullman Road**
**Hillsborough, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$78,341.19** |

**Scripps Network**
**9721 Sherrill Blvd**
**Knoxville, TN 37932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2029**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* **$17,849.02** |

**SpotXchange**
**Dept LA 24040**
**Pasadena, CA 91185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Creature, LLC** | Case number (if known) | **16-12940** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.52** | Nonpriority creditor's name and mailing address<br>**Textile Rental Services Assoc.**<br>**1800 Diagonal Rd**<br>**Suite 200**<br>**Alexandria, VA 22314**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **1860** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,600.00** |
| **3.53** | Nonpriority creditor's name and mailing address<br>**The Enthusiast Network**<br>**831 S. Douglas St**<br>**El Segundo, CA 90245**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$119,740.97** |
| **3.54** | Nonpriority creditor's name and mailing address<br>**The Hartford**<br>**P.O. Box 660916**<br>**Dallas, TX 75266**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **6690** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$249.24** |
| **3.55** | Nonpriority creditor's name and mailing address<br>**TI Shared**<br>**225 Liberty Street**<br>**Attn: Sheila Vaughan 04-703**<br>**New York, NY 10281**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$23,394.40** |
| **3.56** | Nonpriority creditor's name and mailing address<br>**Time Inc./Sports Illustrated**<br>**225 Liberty Street**<br>**Attn: Sheila Vaughan 04-703**<br>**New York, NY 10281**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$97,500.00** |
| **3.57** | Nonpriority creditor's name and mailing address<br>**TMB: Haven Home**<br>**44 South Broadway**<br>**White Plains, NY 10601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$29,694.61** |
| **3.58** | Nonpriority creditor's name and mailing address<br>**TMB: Readers Digest**<br>**44 South Broadway**<br>**White Plains, NY 10601**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$51,481.69** |

Case 16-12940-CMA   Doc 60   Filed 09/02/16   Ent. 09/02/16 14:32:36   Pg. 27 of 46

| Debtor | **Creature, LLC** | Case number (if known) | **16-12940** |
|---|---|---|---|
| | Name | | |

---

**3.59** Nonpriority creditor's name and mailing address
**Turner (Bleacher Rep. Nascar)**
PO Box 32017
New York, NY 10087

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$76,520.50**

---

**3.60** Nonpriority creditor's name and mailing address
**Tyco Integrated Security LLC**
P.O. Box 371967
Pittsburgh, PA 15250

Date(s) debt was incurred _
Last 4 digits of account number  8746

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$348.52**

---

**3.61** Nonpriority creditor's name and mailing address
**USA Today**
PO Box 677460
Dallas, TX 75267

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$19,899.86**

---

**3.62** Nonpriority creditor's name and mailing address
**Vibrant Media, Inc.**
DEPT LA 24107
Pasadena, CA 91185

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$24,678.44**

---

**3.63** Nonpriority creditor's name and mailing address
**Vox Media, Inc. / SB Nation**
PO Box 200064
Pittsburgh, PA 15251

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$159,356.06**

---

**3.64** Nonpriority creditor's name and mailing address
**Washington Athletic Club**
PO Box 24683
Seattle, WA 98124

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$745.20**

---

**3.65** Nonpriority creditor's name and mailing address
**West Unified Comm. Svcs. Inc.**

Woburn, MA 01801

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$248.50**

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,243.79 |

3.66 Nonpriority creditor's name and mailing address
Womensforum.com, Inc.
444 N. Michigan Ave
Suite 3550
Chicago, IL 60611

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $32,243.79
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.67 Nonpriority creditor's name and mailing address
xAD, Inc.
189 N. Bernardo Ave
Suite 100
Mountain View, CA 94043

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     $22,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.68 Nonpriority creditor's name and mailing address
Yahoo! Inc.
PO Box 89-4147
Los Angeles, CA 90189

Date(s) debt was incurred _
Last 4 digits of account number  5AAI

As of the petition filing date, the claim is: *Check all that apply.*     $40,639.47
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ABC/Amega, Inc.<br>500 Seneca Street, Ste. 400<br>Buffalo, NY 14204 | Line 3.65<br>☐ Not listed. Explain ____ | 5086 |
| 4.2 | Adrienne M. Zibelman<br>15004 - 140th S. Dearborn, #31<br>Chicago, IL 60603 | Line 3.66<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Andrew B. Lachow<br>255 Liberty Street<br>New York, NY 10281 | Line 3.56<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Iomie Kendrick<br>Szabo Associates<br>3355 Lenox Road NE, Ste. 945<br>Atlanta, GA 30326 | Line 3.1<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Keith West<br>Altus GTS Inc.<br>P.O. Box 1389<br>Kenner, LA 70063 | Line 3.12<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Lovejoy & Kelly PS<br>9218 Roosevelt Way NE<br>Seattle, WA 98115 | Line 3.34<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Creature, LLC** | Case number (if known) | **16-12940** |

Debtor **Creature, LLC**
_____
Name

Case number (if known) **16-12940**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7 Nicholas M. Drum<br>Immix Law Group, PC<br>121 SW Salmon St. #1000<br>Portland, OR 97204 | Line **3.9**<br><br>☐ Not listed. Explain _____ | — |
| 4.8 Rauch-Milliken International<br>P.O. Box 8390<br>Metairie, LA 70011-8390 | Line **3.28**<br><br>☐ Not listed. Explain _____ | — |
| 4.9 Vericore<br>Shawn Martin<br>10115 Kincey Ave. #100<br>Huntersville, NC 28078 | Line **3.10**<br><br>☐ Not listed. Explain _____ | — |

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,593,571.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,593,571.83 |

**Fill in this information to identify the case:**

Debtor name     **Creature, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)    **16-12940**

■ Check if this is an
  amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
   (Official Form 206A/B).

2. **List all contracts and unexpired leases**                  **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer.** |
| | State the term remaining | |
| | List the contract number of any government contract | Amazon<br>410 Terry Ave. N.<br>Seattle, WA 98109 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Computers: Lease No. 8406063-021** |
| | State the term remaining | 2/17/2017 |
| | List the contract number of any government contract | Apple Financial<br>P.O. Box 31001-0497<br>Pasadena, CA 91110-0497 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Computers: Lease No. 8406063-018** |
| | State the term remaining | 4/16/2017 |
| | List the contract number of any government contract | Apple Financial<br>P.O. Box 31001-0497<br>Pasadena, CA 91110-0497 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Computers: Lease No. 8406063-019** |
| | State the term remaining | 4/16/2017 |
| | List the contract number of any government contract | Apple Financial<br>P.O. Box 31001-0497<br>Pasadena, CA 91110-0497 |

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Contract with customer. | |
|---|---|---|---|
| | State the term remaining | | Apptio |
| | List the contract number of any government contract | | 11100 NE 8th St. Ste. 600 Bellevue, WA 98004 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Contract with customer. | |
|---|---|---|---|
| | State the term remaining | | Bridgr/Proof |
| | List the contract number of any government contract | | 8602 N. Dove Circle Phoenix, AZ 85028 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Accounting software called "Clients and Profits". | |
|---|---|---|---|
| | State the term remaining | | Clients and Software |
| | List the contract number of any government contract | | 4755 Oceanside Blvd. #200 Oceanside, CA 92056 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Contract with customer. | |
|---|---|---|---|
| | State the term remaining | | Distant Lands Coffee |
| | List the contract number of any government contract | | 801 Houser Way N. Suite A Renton, WA 98057 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Contract with customer. | |
|---|---|---|---|
| | State the term remaining | | Generation Farms |
| | List the contract number of any government contract | | 2214 J'Frank Cuppepper Road Lake Park, GA 31636 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Office space | |
|---|---|---|---|
| | State the term remaining | | Hunter Capital Real Estate, LL |
| | List the contract number of any | Creature LLC | 1620 Broadway, Ste. 200 Seattle, WA 98122 |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer to develop website.** | |
|---|---|---|---|
| | State the term remaining | | Lane PR |
| | List the contract number of any government contract | | 905 SW 16th Ave<br>Portland, OR 97205 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer.** | |
|---|---|---|---|
| | State the term remaining | | Moonshine |
| | List the contract number of any government contract | | 24714 SE 400th St.<br>Enumclaw, WA 98022 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease dated May 12, 2016.** | |
|---|---|---|---|
| | State the term remaining | | R.W. Productions |
| | List the contract number of any government contract | | 6007 Sepulveda Blvd<br>Van Nuys, CA 91411 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers:<br>Lease no.<br>200-3066072-100** | |
|---|---|---|---|
| | State the term remaining | 10/15/2019 | Ricoh |
| | List the contract number of any government contract | | 70 Valley Stream Pkwy<br>Malvern, PA 19355 |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers:<br>Lease no.<br>200-3066073-100** | |
|---|---|---|---|
| | State the term remaining | 10/15/2019 | Ricoh |
| | List the contract number of any government contract | | 70 Valley Stream Pkwy<br>Malvern, PA 19355 |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Copiers: Lease no.<br>200-3066074-100** | Ricoh<br>70 Valley Stream Pkwy<br>Malvern, PA 19355 |
|---|---|---|---|

### ▮ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| State the term remaining | 10/15/2019 | |
| List the contract number of any government contract | _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Contract with customer.** | |
|---|---|---|---|
| | State the term remaining | | Wild Things |
| | List the contract number of any government contract | _____ | 1416 NW 46th St. Ste. 105 PMB 123 Seattle, WA 98107 |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **17 licenses - adobe creative cloud for 12 months.** | |
|---|---|---|---|
| | State the term remaining | 12/31/2016 | Zones, Inc. |
| | List the contract number of any government contract | 2055742 | 1310 Madrid St. Marshall, MN 56258 |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$8,573,761.27** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.    **See Attached.** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Matt Peterson<br>111 South Jackson St. #451<br>Seattle, WA 98104 | 4/18/16 | $2,000.00 | Distribution |
| 4.2. | Jim Haven<br>111 South Jackson St. #451<br>Seattle, WA 98104 | 4/18/16 | $2,000.00 | Distribution |
| 4.3. | Matt Peterson<br>111 S. Jackson St., Ste. 451<br>Seattle, WA 98104 | October 2015 | $25,000.00 | Distribution |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   |---|---|---|---|---|
   | 7.1. | Womensforum.com, Inc. v.<br>Creature, LLC,<br>2016 L 003088 | Collection | Circuit Court Cook County,<br>IL<br>2121 Euclid Ave., #121<br>Rolling Meadows, IL 60008 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Burglary:<br>2 computers and Bose headphones | $562.91 | 8/17/15 | $562.91 |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Bush Kornfeld LLP<br>601 Union Street, Suite 5000<br>Seattle, WA 98101 | | 4/11/16<br>$10,000;<br>5/13/16<br>$35,000 | $45,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | CBG Law Group<br>11100 NE 8th Street, Ste. 380<br>Bellevue, WA 98004 | | | $10,176.00 |
| | Email or website address<br>darrel@cbglaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 1517 12th Ave. #101<br>Seattle, WA 98122 | 11/5/2010-5/16/2016 |
| 14.2. | 111 S. Jackson St.<br>#451<br>Seattle, WA 98104 | 5/17/2016-7/30/2016 |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| 401K Safe Harbor | EIN: 01-0676649 |

Has the plan been terminated?
☐ No

☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | BofA<br>800 5th Ave. 36th Floor<br>Seattle, WA 98104 | XXXX-5358 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/23/16 | $0.00 |
| 18.2. | BofA<br>800 5th Ave. 36th Floor<br>Seattle, WA 98104 | XXXX-7122 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other___ | 8/23/16 | $0.00 |
| 18.3. | BofA<br>800 5th Ave. 36th Floor<br>Seattle, WA 98104 | XXXX-3453 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 8/23/16 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |
| Suddath<br>7819 S. 206th St.<br>Kent, WA 98032 | Matt Peterson<br>111 S. Jackson St. #451<br>Seattle, WA 98104<br><br>Jim Haven<br>111 S. Jackson St. #451<br>Seattle, WA 98104 | Office furniture and boxes. | ☐ No<br>■ Yes |

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  Creature of London 21 Curtain Road LONDON  EC2A3W | Advertising | **Dates business existed** EIN: From-To   Business sold February 2016. |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Heather Peterson<br>1517 12th Ave.<br>Suite 101<br>Seattle, WA 98122 | 10/18/2010-10/16/201<br>4 and<br>3/9/2016-current |
| 26a.2. | Laura Hamje<br>c/o Creatures, LLC<br>111 S. Jackson St. Ste. 451<br>Seattle, WA 98104 | 10/16/2016-3/8/2016 |
| 26a.3. | Bernston & Porter (BPCPA)<br>11100 NE 8th St., Ste. 400<br>Bellevue, WA 98004 | Approx 2009 to<br>current |
| 26a.4. | Alan Dance<br>GDM Private Financial Solutions<br>11100 NE 8th St., Ste. 380<br>Bellevue, WA 98004 | September 2013 to<br>current. |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Bank of America/Merrill Lynch<br>800 5th Ave. 36th Floor<br>Seattle, WA 98104 |
| 26d.2. | Hunter Capital Real Estate, LL<br>1620 Broadway, Ste. 200<br>Seattle, WA 98122 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Matt Peterson | 1517 12th Ave. Suite 101 Seattle, WA 98122 | Partner/CEO | 50% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| James Haven | 1517 12th Ave Suite 101 Seattle, WA 98122 | Partner/ECD | 50 % |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| Creature, LLC/Creature of London | EIN:   01-0676649 |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     _____

/s/ Matt Peterson                                          **Matt Peterson**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

# CREATURE, LLC
## 16-12940

# ATTACHMENT TO SOFA # 3

| | Date | Payee | | Amount | Account |
|---|---|---|---|---|---|
| 9157 | 6/10/2016 | Car Tender | 18 HP | $ 1,648.61 | 1000 Cash - BofA Biz Checking 7119 |
| 9158 | 6/10/2016 | American Express | 18 HP | $ 27.22 | 1000 Cash - BofA Biz Checking 7119 |
| 160610 | 6/10/2016 | Paychex-fee | 17 HP | $ 180.50 | 1000 Cash - BofA Biz Checking 7119 |
| 1606101 | 6/10/2016 | Guardian | 18 HP | $ 1,174.32 | 1000 Cash - BofA Biz Checking 7119 |
| 9159 | 6/14/2016 | MacTechs | 18 HP | $ 623.44 | 1000 Cash - BofA Biz Checking 7119 |
| 9160 | 6/14/2016 | Beyene Andebrhan | 18 HP | $ 1,500.00 | 1000 Cash - BofA Biz Checking 7119 |
| 160614 | 6/14/2016 | Heather Peterson | 18 HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606141 | 6/14/2016 | Myray Reames | 18 HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606142 | 6/14/2016 | Claire Penhale | 18 HP | $ 147.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606143 | 6/14/2016 | Julie Honeywell | 18 HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606145 | 6/14/2016 | Transamerica | 18 HP | $ 4,005.05 | 1000 Cash - BofA Biz Checking 7119 |
| 1606151 | 6/15/2016 | Cash | 18 HP | $ 2,243.00 | 1000 Cash - BofA Biz Checking 7119 |
| 160616 | 6/16/2016 | Bank of America | 18 HP | $ 916.89 | 1000 Cash - BofA Biz Checking 7119 |
| 160621 | 6/21/2016 | Cigna HealthCare | 18 HP | $ 6,765.13 | 1000 Cash - BofA Biz Checking 7119 |
| 1606211 | 6/21/2016 | Bank of America | 18 HP | $ 11,449.60 | 1000 Cash - BofA Biz Checking 7119 |
| 1606212 | 6/21/2016 | WA State Dept of Revenue | 18 HP | $ 336.89 | 1000 Cash - BofA Biz Checking 7119 |
| 1606213 | 6/21/2016 | Transamerica | 18 HP | $ 3,908.13 | 1000 Cash - BofA Biz Checking 7119 |
| 9161 | 6/23/2016 | The Hartford | 18 HP | $ 249.24 | 1000 Cash - BofA Biz Checking 7119 |
| 9162 | 6/23/2016 | Philadelphia Insurance Companies | 18 HP | $ 670.08 | 1000 Cash - BofA Biz Checking 7119 |
| 9163 | 6/23/2016 | Bank of America | 18 HP | $ 500.00 | 1000 Cash - BofA Biz Checking 7119 |
| 160629 | 6/29/2016 | Myray Reames | 18 HP | $ 198.56 | 1000 Cash - BofA Biz Checking 7119 |
| 1606291 | 6/29/2016 | Claire Penhale | 18 HP | $ 75.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1606292 | 6/29/2016 | Julie Honeywell | 18 HP | $ 158.11 | 1000 Cash - BofA Biz Checking 7119 |
| 160630 | 6/30/2016 | American Express | 18 HP | $ 16,972.31 | 1000 Cash - BofA Biz Checking 7119 |
| 9164 | 7/1/2016 | GDM Private Financial Solutions | 19 HP | $ 3,850.00 | 1000 Cash - BofA Biz Checking 7119 |
| 9165 | 7/1/2016 | Apple Financial Services | 19 HP | $ 1,583.07 | 1000 Cash - BofA Biz Checking 7119 |
| 9166 | 7/1/2016 | Zones Inc | 19 HP | $ 1,384.22 | 1000 Cash - BofA Biz Checking 7119 |
| 9167 | 7/1/2016 | Demaree Services, LLC | 19 HP | $ 528.27 | 1000 Cash - BofA Biz Checking 7119 |
| 160701 | 7/1/2016 | Pet Gorilla, LLC | 19 HP | $ 41,102.73 | 1000 Cash - BofA Biz Checking 7119 |
| 1606301 | 7/1/2016 | Guardian | 19 HP | $ 546.84 | 1000 Cash - BofA Biz Checking 7119 |
| 1607011 | 7/1/2016 | Apostrophe West LLC | 19 HP | $ 60,000.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1607012 | 7/1/2016 | Transamerica | 19 HP | $ 3,984.04 | 1000 Cash - BofA Biz Checking 7119 |
| 160706 | 7/6/2016 | Prudential Group Insurance | 19 HP | $ 598.88 | 1000 Cash - BofA Biz Checking 7119 |
| 9168 | 7/8/2016 | Comcast | 19 HP | $ 243.34 | 1000 Cash - BofA Biz Checking 7119 |
| 9169 | 7/8/2016 | Girlie Press, Inc. | 19 HP | $ 1,221.46 | 1000 Cash - BofA Biz Checking 7119 |
| 9170 | 7/8/2016 | Helpful Human | 19 HP | $ 4,000.00 | 1000 Cash - BofA Biz Checking 7119 |
| 9171 | 7/8/2016 | DCG ONE | 19 HP | $ 2,245.64 | 1000 Cash - BofA Biz Checking 7119 |
| 9172 | 7/8/2016 | Adam Brazg | 19 HP | $ 400.00 | 1000 Cash - BofA Biz Checking 7119 |
| 71516 | 7/15/2016 | Bank of America | 19 HP | $ 953.00 | 1000 Cash - BofA Biz Checking 7119 |
| 160715 | 7/15/2016 | Heather Peterson | 19 HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1607151 | 7/15/2016 | Bryan Minnich | 19 HP | $ 1,122.91 | 1000 Cash - BofA Biz Checking 7119 |
| 1607152 | 7/15/2016 | Julie Honeywell | 19 HP | $ 100.00 | 1000 Cash - BofA Biz Checking 7119 |
| 1607156 | 7/15/2016 | Paychex-fee | 19 HP | $ 180.50 | 1000 Cash - BofA Biz Checking 7119 |
| 1607201 | 7/20/2016 | Cigna HealthCare | 19 HP | $ 5,488.41 | 1000 Cash - BofA Biz Checking 7119 |
| 160721 | 7/21/2016 | Bank of America | 19 HP | $ 189.56 | 1000 Cash - BofA Biz Checking 7119 |
| 160726 | 7/26/2016 | Transamerica | 19 HP | $ 3,792.22 | 1000 Cash - BofA Biz Checking 7119 |
| 9174 | 7/28/2016 | Steve Hansen | 19 HP | $ 5,900.00 | 1000 Cash - BofA Biz Checking 7119 |
| 9175 | 7/28/2016 | Apostrophe West LLC | 19 HP | $ - | 1000 Cash - BofA Biz Checking 7119 |
| 9176 | 7/28/2016 | Sizmek Technologies Inc. | 19 HP | $ 570.43 | 1000 Cash - BofA Biz Checking 7119 |
| 9177 | 7/29/2016 | MacTechs | 19 HP | $ 2,500.00 | 1000 Cash - BofA Biz Checking 7119 |
| 801161 | 8/1/2016 | Transamerica | 20 HP | $ 2,393.05 | 1000 Cash - BofA Biz Checking 7119 |
| 80316 | 8/3/2016 | Apostrophe West LLC | 20 HP | $ 29,195.31 | 1000 Cash - BofA Biz Checking 7119 |
| 803161 | 8/3/2016 | Color Crate Inc. | 20 HP | $ 478.55 | 1000 Cash - BofA Biz Checking 7119 |

# United States Bankruptcy Court
## Western District of Washington

In re    __Creature, LLC__                          Case No.    __16-12940__

                               Debtor(s)            Chapter      __11__

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Jim Haven**<br>**111 S. Jackson St. Ste. 451**<br>**Seattle, WA 98104** | **Member** | **50%** | |
| **Matt Peterson**<br>**111 S. Jackson St. Ste. 451**<br>**Seattle, WA 98104** | **Member** | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date                                  Signature    **/s/ Matt Peterson**

                                                        **Matt Peterson**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.