**Bush Kornfeld LLP**
601 Union St., Suite 5000
Seattle, WA 98101-2373

Phone (206) 292-2110; Fax 292-2104
Federal Tax I.D. #91-1560644

CREATURE, L.L.C.  October 27, 2016
[via email]  Invoice # 20593

In Reference To: OUR CLIENT/MATTER NO. 2209-20161
 ADVICE

**TOTAL PROFESSIONAL FEES AND EXPENSES PER DETAIL BELOW**  $18028.03

Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| CLAIMS ANALYSIS AND OBJECTIONS TO CLAIMS | | | | |
| 7/19/2016 | JLD | Read letter from Labor & Industries; Correspondence to client regarding same. | 0.10 | 49.50 |
| | SUBTOTAL: | | [ 0.10 | 49.50] |
| FEES | | | | |
| 9/18/2016 | CMT | Work on application for compensation. | 0.50 | 190.00 |
| 9/21/2016 | CMT | Work on fee application. | 0.40 | 152.00 |
| 10/25/2016 | JLD | Working on fee application. | 0.80 | 396.00 |
| | SUBTOTAL: | | [ 1.70 | 738.00] |

CREATURE, L.L.C.   Page   2

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
|  | FINANCING AND CASH COLLATERAL |  |  |  |
| 6/6/2016 JLD | Working on draft cash collateral order (1.6); Various emails with J. Knapp regarding same (.2) |  | 1.80 | 891.00 |
| 6/7/2016 JLD | Prepare for hearing on first-day motions (.6); Numerous emails with J. Knapp and exchange of draft orders regarding use of cash collateral (.8); Prepare order on cash management (.4); Attend hearing (.9); Emails to client regarding same and regarding collateralization certificate (.3); Email to Y. Pettys regarding certificate (.1). |  | 3.10 | 1,534.50 |
| 6/14/2016 JLD | Prepare notice of final hearing in cash collateral use. |  | 0.10 | 49.50 |
| 7/1/2016 JLD | Email from J. Knapp regarding continued cash collateral use (.1); Review draft interim budget (.2); Emails with group regarding same and to schedule group call (.2); Call to J. Knapp (.1); Conference call with client group regarding second interim budget, related matters (.4); Correspondence to J. Knapp (.1); Read email from H. Peterson and review revised interim budget (.2); Email to H. Peterson regarding same (.1); Working on draft of second interim cash collateral order (1.3); Call with J. Knapp regarding revised budget (.2); Correspondence to J. Knapp regarding draft order (.1). |  | 2.70 | 1,336.50 |
| 7/5/2016 JLD | Email from J. Knapp and review draft modifications to proposed cash collateral order (.2); Correspondence to client regarding same (.1); Telephone conference with J. Knapp regarding proposed edits (.3); Emails with Heather regarding same (.1). |  | 0.70 | 346.50 |
| 7/7/2016 JLD | Emails with J. Knapp regarding form of interim cash collateral order (.2); Call with H. Peterson regarding budget and other matters (.2). |  | 0.40 | 198.00 |
|  | SUBTOTAL: | [ | 8.80 | 4,356.00] |

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|

### GENERAL ADMINISTRATION

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/1/2016 | JLD | Numerous emails with client group regarding first-day issues, BofA's debit of account. | 0.60 | 297.00 |
| 6/2/2016 | JLD | Working on first-day motions (1.2); Conference call with client group regarding numerous issues (.8); Call and email with D. Geil of Bof A (.3); Emails with Y. Pettys (.1). | 2.40 | 1,188.00 |
| 6/3/2016 | JLD | Working on first day motions (1.4); Call to Judge Alston's chambers regarding hearing time for emergency hearing (.1); Prepare motion and order to shorten time and limit notice (.4); Prepare declaration in support of cash management motion (.6); Emails with H. Peterson regarding same (.2). | 2.70 | 1,336.50 |
| 6/8/2016 | JLD | Various emails with client group regarding administrative matters. | 0.30 | 148.50 |
| 6/9/2016 | JLD | Various emails with J. Knapp regarding access to bank accounts (.2); Conference call with client group regarding pending matters (.9). | 1.10 | 544.50 |
| 6/10/2016 | JLD | Call with H. Peterson regarding budget payments (.2); Emails with group regarding equity agreement (.2); Review Contribution Agreement regarding Bridgrr (.3). | 0.70 | 346.50 |
| 6/13/2016 | JLD | Review Time Warner complaint and docket in SDNY (.4); Email to client regarding same (.1); Call and email with M. Peterson regarding DSC contract (.4). | 0.90 | 445.50 |
| 6/14/2016 | JLD | Emails with H. Peterson regarding response to inquiring creditors (.2); Review pleading in WomensForum lawsuit (.1) Correspondence to group regarding same (.1). | 0.20 | 99.00 |

|  |  | Hours | Amount |
|---|---|---|---|
| 6/15/2016 JLD | Emails with M. Peterson regarding rejection of prior lease (.2); Emails with H. Peterson regarding IDI and initial reporting requirements (.2); Prepare Notice of Bankruptcy in pending lawsuit (.1). | 0.50 | 247.50 |
| 6/16/2016 JLD | Meeting with H. Peterson to prepare for IDI (.5); Attend IDI (1.2); Emails with M. Peterson regarding creditor contacts (.1); Email to J. Knapp regarding collateralization certificate (.1). | 1.90 | 940.50 |
| 6/17/2016 JLD | Emails with client regarding follow-up items from IDI (.1); Correspondence from bank counsel regarding collateralization certificate (.1). | 0.20 | 99.00 |
| 6/21/2016 JLD | Email from M. Peterson and read demand letter from BofA (.1); Emails with H. Peterson regarding inquiry from creditor (.1); Conference call with client group regarding pending matters (.8); Email to Y. Pettys regarding collateralization certificate (.1); Emails with J. Fenster, attorney for creditor, to schedule call (.1). | 1.20 | 594.00 |
| 6/23/2016 JLD | Review in detail Case Management Order (.1); Emails with client regarding same (.2). | 0.30 | 148.50 |
| 6/28/2016 JLD | Call with J. Knapp regarding BofA (.2); Call with H. Peterson regarding treatment of funds deposited into Umpqua account (.1); Read email from M. Peterson regarding agenda for status call (.1); Conference call with client group regarding various pending matters (.6). | 1.00 | 495.00 |
| 7/1/2016 JLD | Meeting with M. Peterson to prepare for 341 meeting; Attend meeting. | 1.40 | 693.00 |
| 7/7/2016 JLD | Call to S. Soli regarding Hunter's and RW leases. | 0.10 | 49.50 |
| 7/8/2016 JLD | Emails with M. Peterson regarding agenda for status call | 0.10 | 49.50 |
| 7/11/2016 JLD | Extended telephone conference with client group regarding numerous pending issues. | 0.90 | 445.50 |

|            |     |                                                                                                                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 7/12/2016  | JLD | Telephone conference with Judge Alston's law clerk regarding continuing Section 105 conference and related deadlines (.1); Prepare motion and order regarding same (.5).                                     | 0.60  | 297.00 |
| 7/13/2016  | JLD | Call with S. Soli regarding landlord's claim, status of successor tenant, sublease issues                                                                                                                    | 0.40  | 198.00 |
| 7/20/2016  | JLD | Call with client regarding steps moving forward (.6); Attention to monthly operating report (.2)                                                                                                             | 0.80  | 396.00 |
| 7/26/2016  | JLD | Emails with client to schedule conference call.                                                                                                                                                              | 0.20  | 99.00  |
| 7/27/2016  | JLD | Various emails with client regarding pending issues (.2); Review AmEx contract to determine scope of liability (.3); Email to M. Peterson regarding same (.1); Conference call with client group regarding windown issues (.6). | 1.20  | 594.00 |
| 8/2/2016   | JLD | Emails with J. Knapp regarding status (.1); Conference call with client regarding final matters (.4); Call with J. Knapp (.2).                                                                               | 0.70  | 346.50 |
| 8/4/2016   | JLD | Emails with H. Peterson regarding clearing of checks, remaining retainer balance.                                                                                                                            | 0.10  | 49.50  |
| 8/5/2016   | JLD | Prepare notice of conversion (.4); Correspondence with creditor (.1); Call with Judge Alston's courtroom deputy regarding need for motion and order (.1); Prepare motion and order (.3).                     | 0.90  | 445.50 |
| 8/16/2016  | JLD | Call with trustee regarding transition.                                                                                                                                                                      | 0.20  | 99.00  |
| 8/18/2016  | JLD | Read email from trustee; Emails with client regarding same.                                                                                                                                                  | 0.20  | 99.00  |
| 8/24/2016  | JLD | Various emails with client and R. Livesey regarding need for adjusting deposits in 401k plan; Working on declaration regarding post-conversion schedules.                                                    | 1.20  | 594.00 |

CREATURE, L.L.C.                                                              Page    6

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 8/26/2016 | JLD | Working on post-conversion schedules. | 0.60 | 297.00 |
| 9/8/2016 | JLD | Meeting with client re 341 meeting; Attend 341 meeting. | 1.30 | 643.50 |
|  | SUBTOTAL: |  | [ 24.90 | 12,325.50] |

SCHEDULES AND STATEMENT OF FIN. AFFAIR

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/14/2016 | JLD | Prepare Schedule I/J. | 0.10 | 49.50 |
|  | SUBTOTAL: |  | [ 0.10 | 49.50] |

For professional services rendered                                          $17,518.50
Additional charges:

|  |  |  | Price |  |
|---|---|---|---:|---:|
| 6/3/2016 | PJS | Photocopies | 0.20 | 8.80 |
| 6/15/2016 | CKP | Conference call on 5/10 | 44.38 | 44.38 |
|  | CKP | Conference call on 5/17 | 22.12 | 22.12 |
|  | CKP | Conference call on 5/20 | 28.98 | 28.98 |
|  | CKP | Conference call on 5/26 | 28.56 | 28.56 |
|  | CKP | Conference call on 6/2 | 13.58 | 13.58 |
| 6/30/2016 | CAH | Photocopies (6/1/16-6/30/16) | 0.20 | 83.00 |
|  | CAH | Postage (6/1/16-6/30/16) (92 pieces) | 43.22 | 43.22 |
| 7/14/2016 | CKP | Conference call on 6/9 | 22.96 | 22.96 |

CREATURE, L.L.C.                                                          Page    7

|              |     |                                                                      | Price   | Amount      |
|--------------|-----|----------------------------------------------------------------------|---------|-------------|
| 7/14/2016    | CKP | Conference call on 7/1                                               | 7.00    | 7.00        |
|              | CKP | Conference call on 6/21                                              | 24.50   | 24.50       |
| 7/31/2016    | CKP | Postage (7/1/16- 7/31/16) (30 pieces)                                | 13.95   | 13.95       |
|              | CKP | Photocopies (7/1/16-7/31/16)                                         | 0.20    | 23.60       |
| 8/5/2016     | CKP | Filing of Ex Parte Motion to Convert Chapter 11 case to Chapter 7 case. | 15.00   | 15.00       |
| 8/16/2016    | CKP | conference call on 7/20                                              | 6.16    | 6.16        |
|              | CKP | conference call on 7/20                                              | 22.54   | 22.54       |
|              | CKP | conference call on 7/20                                              | 34.02   | 34.02       |
|              | CKP | conference call on 7/20                                              | 22.40   | 22.40       |
|              | CKP | conference call on 8/2                                               | 9.80    | 9.80        |
| 8/31/2016    | CKP | Postage (8/1/16- 8/31/16) (1 piece)                                  | 1.36    | 1.36        |
| 9/2/2016     | CKP | Adding creditors to Schedule F.                                      | 30.00   | 30.00       |
| 10/13/2016   | CKP | Pacer Search Fees                                                    | 0.10    | 3.60        |

|                                        |             |
|----------------------------------------|-------------|
| Total costs                            | $509.53     |
| Total amount of this bill              | $18,028.03  |
|                                        |             |
| Previous balance                       | $11,478.44  |
| 5/31/2016  To be applied from trust    | ($11,478.44)|
| Total payments and adjustments         | ($11,478.44)|

CREATURE, L.L.C.            Page 8

| | Amount |
|---|---:|
| **Balance due** | **$18,028.03** |

| Date | Description | Amount |
|---|---|---:|
| | Previous balance of Client funds | $40,594.32 |
| 5/31/2016 | To be applied from trust | ($11,478.44) |
| 6/30/2016 | Interest payment | $0.28 |
| 7/31/2016 | Interest payment | $0.31 |
| 8/31/2016 | Interest payment | $0.31 |
| 10/7/2016 | Interest payment | $0.30 |
| | New balance of Client funds | $29,117.08 |