# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Creature, LLC | § | Case No. 16-12940 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 05/31/2016 . The case was converted to one under Chapter 7 on 08/08/2016 . The undersigned trustee was appointed on 05/31/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 11,050.84 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,013.03 |
| Bank service fees | 105.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 9,932.81 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/23/2017 and the deadline for filing governmental claims was 02/23/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,855.08 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,855.08 , for a total compensation of $ 1,855.08 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 60.30 , for total expenses of $ 60.30 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/27/2017     By: /s/NANCY L. JAMES
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-12940 | CMA | Judge: | Chris M. Alston | Trustee Name: | NANCY L. JAMES |
| Case Name: | Creature, LLC | | | | Date Filed (f) or Converted (c): | 08/08/2016 (c) |
| | | | | | 341(a) Meeting Date: | 09/08/2016 |
| For Period Ending: | 06/27/2017 | | | | Claims Bar Date: | 02/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America | 15,038.92 | 0.00 | | 0.00 | FA |
| 2. Umpqu Bank | 1.74 | 1.74 | | 0.00 | FA |
| 3. Accounts Receivable | 9,500.00 | 0.00 | | 1,500.00 | FA |
| 4. Investments | Unknown | 0.00 | | 0.00 | FA |
| 5. Office equipment and furnishings | Unknown | 0.00 | | 0.00 | FA |
| 6. Volkswagon bus | 20,000.00 | 15,000.00 | | 9,000.00 | FA |
| 7. Refunds (u) | 0.00 | 0.00 | | 550.84 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $44,540.66  $15,001.74  $11,050.84  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

VW van to be auctioned in February 2017
Claims bar date 2/23/17

Initial Projected Date of Final Report (TFR): 05/23/2017      Current Projected Date of Final Report (TFR): 05/23/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 16-12940
Case Name: Creature, LLC
Taxpayer ID No: XX-XXX6649
For Period Ending: 06/27/2017

Trustee Name: NANCY L. JAMES
Bank Name: Union Bank
Account Number/CD#: XXXXXX2303
Checking
Blanket Bond (per case limit): $63,926,457.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/16 | 3 | Lane PR Digital | ACCOUNT Receivable | 1121-000 | $1,500.00 | | $1,500.00 |
| 09/09/16 | 7 | Apple Financial Services | Refund | 1129-000 | $550.84 | | $2,050.84 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,035.84 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,020.84 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,005.84 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,990.84 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,975.84 |
| 02/28/17 | | James G. Murphy Co. | Sale of VW van | | $7,990.20 | | $9,966.04 |
| | | | Gross Receipts $9,000.00 | | | | |
| | | | Auction commissions ($900.00) | 3610-000 | | | |
| | | | Auction expenses ($109.80) | 3620-000 | | | |
| | 6 | | Volkswagon bus $9,000.00 | 1129-000 | | | |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,951.04 |
| 04/03/17 | 101 | International Sureties, Ltd. 701 Poydras Street, #420 New Orleans, LA 70139 | Bond No. 016027975 | 2300-000 | | $3.23 | $9,947.81 |

UST Form 101-7-TFR (5/1/2011) (Page: 4)   Page Subtotals: $10,041.04   $93.23

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-12940 | Trustee Name: | NANCY L. JAMES |
| --- | --- | --- | --- |
| Case Name: | Creature, LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX2303 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6649 | Blanket Bond (per case limit): | $63,926,457.00 |
| For Period Ending: | 06/27/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,932.81 |

| | | |
| --- | ---: | ---: |
| COLUMN TOTALS | $10,041.04 | $108.23 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,041.04 | $108.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,041.04 | $108.23 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals:     $0.00     $15.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2303 - Checking | $10,041.04 | $108.23 | $9,932.81 |
| | $10,041.04 | $108.23 | $9,932.81 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,009.80 |
| Total Net Deposits: | $10,041.04 |
| Total Gross Receipts: | $11,050.84 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-12940-CMA  Date: June 27, 2017
Debtor Name: Creature, LLC
Claims Bar Date: 2/23/2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | NANCY L. JAMES 15008 63RD DRIVE, S.E. SNOHOMISH, WA 98296 | Administrative | | $0.00 | $1,434.11 | $1,434.11 |
| 100 2200 | NANCY L. JAMES 15008 63RD DRIVE, S.E. SNOHOMISH, WA 98296 | Administrative | | $0.00 | $60.30 | $60.30 |
| 18 100 2950 | United States Trustee 700 Stewart St, Suite 5103 Seattle, Wa 98101 | Administrative | | $0.00 | $3,250.00 | $3,250.00 |
| 100 3210 | LIVESEY LAW FIRM 600 Stewart Street, #1908 Seattle, WA 98101 | Administrative | | $0.00 | $7,342.50 | $7,342.50 |
| 100 3220 | LIVESEY LAW FIRM 600 Stewart Street, #1908 Seattle, WA 98101 | Administrative | | $0.00 | $340.59 | $340.59 |
| 4A 280 5800 | Internal Revenue Svc (Phil) Centalized Insol Operations Po Box 7346 Philadelphia, Pa 19101-7346 | Priority | | $0.00 | $200.00 | $200.00 |
| 14 280 5800 | FRANCHISE TAX BOARD Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | Priority | | $0.00 | $821.92 | $821.92 |
| 23A 280 5800 | Wa State Employment Security Department Bankruptcy Unit Po Box 9046 Olympia, Wa 98507-9046 | Priority | | $0.00 | $4,461.81 | $4,461.81 |
| 37A 280 5800 | Washington State Department Of Labor & Industries Bankruptcy Unit Po Box 44171 Olympia, Wa 98504 | Priority | | $0.00 | $1,410.01 | $1,410.01 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-12940-CMA  
Debtor Name: Creature, LLC  
Claims Bar Date: 2/23/2017  
Date: June 27, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>300<br>7100 | A&E Television Networks-Digital<br>C/O Szabo Associates, Inc.<br>3355 Lenox Road Ne, Suite 945<br>Atlanta, Ga 30326 | Unsecured | | $8,756.11 | $23,756.11 | $23,756.11 |
| 3<br>300<br>7100 | Bonnier Corporation<br>C/O Szabo Associates, Inc.<br>3355 Lenox Road Ne, Suite 945<br>Atlanta, Ga 30326 | Unsecured | | $49,613.69 | $49,613.69 | $49,613.69 |
| 5<br>300<br>7100 | Xad, Inc.<br>189 N. Bernardo Ave<br>Suite 100<br>Mountain View, Ca 94043 | Unsecured | | $22,500.00 | $22,500.00 | $22,500.00 |
| 6<br>300<br>7100 | Yahoo! Inc.<br>Lawrence Schwab/Thomas Gaa<br>Bialson, Bergen & Schwab<br>Palo Alto, Ca 9436 | Unsecured | | $40,639.47 | $62,709.06 | $62,709.06 |
| 7<br>300<br>7100 | Ricoh Usa Inc<br>Accounts Receivable Center<br>Attn: Bankruptcy Team<br>3920 Arkwright Rd #400<br>Macon Ga 31210 | Unsecured | | $4,013.98 | $800.51 | $800.51 |
| 8<br>300<br>7100 | Scripps Networks Interactive, Inc.<br>Wyatt, Tarrant & Combs, Llp<br>Attn: Mary L. Fullington<br>250 West Main Street, Suite 1600<br>Lexington, Ky 40507-1746 | Unsecured | | $78,341.19 | $78,341.19 | $78,341.19 |
| 9<br>300<br>7100 | Bobit Business Media<br>3520 Challenger Street<br>Attn: Silvija<br>Torrance, Ca 90503 | Unsecured | | $4,850.00 | $4,850.00 | $4,850.00 |
| 10<br>300<br>7100 | Billups, Inc.<br>Po Box 3558<br>Portland, Or 97208 | Unsecured | | $161,335.00 | $161,335.00 | $161,335.00 |
| 12<br>300<br>7100 | Quantcast Corporation<br>C/O Lovejoy & Kelly Ps<br>9218 Roosevelt Way Ne<br>Seattle, Wa 98115 | Unsecured | | $47,000.00 | $47,000.00 | $47,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-12940-CMA  
Debtor Name: Creature, LLC  
Claims Bar Date: 2/23/2017  

Date: June 27, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13 300 7100 | Internet Brands, Inc. C/O Lovejoy & Kelly Ps 9218 Roosevelt Way Ne Seattle, Wa 98115 | Unsecured | | $62,052.89 | $62,052.89 | $62,052.89 |
| 15 300 7100 | Usa Today Dba Gannett Digital Law Dept - Attn: K Hennessey 7950 Jones Branch Dr Mclean Va 22107 | Unsecured | | $19,899.86 | $19,899.86 | $19,899.86 |
| 16 300 7100 | Hearst Magazines Hearst Tower Attn: Suzann Alt 33Rd Fl. 214 North Tryon St Charlotte Nc 28202 | Unsecured | | $33,831.39 | $33,831.39 | $33,831.39 |
| 17 300 7100 | Advanstar Communications Inc Wagner Falconer & Judd C/O Michael Dupont 100 S 5Th St #800 Minneapolis Mn 55402 | Unsecured | | $15,625.00 | $15,625.00 | $15,625.00 |
| 19 300 7100 | Millenial Media Llc C/O Tiffany Strelow Cobb 52 East Gay Street Columbus Oh 43215 | Unsecured | | $69,894.45 | $69,894.45 | $69,894.45 |
| 20 300 7100 | Aol Advertising Inc C/O Tiffany Strelow Cobb 52 East Gay Street Columbus Oh 43215 | Unsecured | | $110,808.99 | $118,240.53 | $118,240.53 |
| 21 300 7100 | Turner Broadcasting Sales Inc C/O Tiffany Strelow Cobb; Vorys Law Firm 52 East Gay Street Columbus Oh 43215 | Unsecured | | $76,520.50 | $84,207.09 | $84,207.09 |
| 22B 300 7100 | Hunters Capital 1620 Broadway, #200 Seattle, Wa 98122 | Unsecured | | $0.00 | $246,178.66 | $246,178.66 |
| 24 300 7100 | Internet Brands, Inc. 909 N. Sepulveda Blvd 11Th Floor El Segundo, Ca 90245 | Unsecured | | $0.00 | $7,178.64 | $7,178.64 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-12940-CMA  
Debtor Name: Creature, LLC  
Claims Bar Date: 2/23/2017  

Date: June 27, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 25 300 7100 | Dstillery<br>470 Park Ave S.<br>6Th Floor<br>New York, Ny 10016 | Unsecured | | $131,850.70 | $131,850.70 | $131,850.70 |
| 26 300 7100 | Hearst Communications Inc<br>Attn: Suzann Alt, 33Rd Flr<br>214 North Tryon St<br>Charlotte Nc 28202 | Unsecured | Duplicate of claim 16 | $0.00 | $33,831.39 | $0.00 |
| 27 300 7100 | Time Inc.<br>225 Liberty Street<br>New York, Ny 10281 | Unsecured | | $0.00 | $110,112.05 | $110,112.05 |
| 28 300 7100 | Maxwell Winward Llp<br>22 Tudor Street<br>London, Ec4y 0Ay<br>England | Unsecured | | $2,181.59 | $1,966.44 | $1,966.44 |
| 29 300 7100 | Integra<br>18110 Se 34Th St.<br>Bldg One, Ste. 100<br>Vancouver, Wa 98683 | Unsecured | | $277.92 | $159.15 | $159.15 |
| 30 300 7100 | Defy Media, Llc<br>498 7Th Ave<br>19Th Floor<br>New York, Ny 10018 | Unsecured | | $71,962.36 | $71,962.36 | $71,962.36 |
| 31 300 7100 | Tmb: Readers Digest<br>44 South Broadway<br>White Plains, Ny 10601 | Unsecured | | $51,481.69 | $51,481.69 | $51,481.69 |
| 32 300 7100 | Xad, Inc.<br>189 N. Bernardo Ave<br>Suite 100<br>Mountain View, Ca 94043 | Unsecured | | $0.00 | $22,500.00 | $22,500.00 |
| 34 300 7100 | Clear Channel Outdoor<br>20880 Stone Oak Parkway<br>Attn: Peter Keefe<br>San Antonio, Tx 78258 | Unsecured | | $10,000.00 | $10,000.00 | $10,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-12940-CMA  
Debtor Name: Creature, LLC  
Claims Bar Date: 2/23/2017  
Date: June 27, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 35 300 7100 | Fox Sports Interactive Media Llc<br>2121 Avenue Of The Stars #1289A<br>Los Angeles Ca 90067 | Unsecured | | $15,000.00 | $15,000.01 | $15,000.01 |
| 36 300 7100 | National Safety Council<br>Po Box 558<br>Itasca, Il 60143 | Unsecured | | $7,271.29 | $7,271.29 | $7,271.29 |
| 38 300 7100 | Wells Fargo Vendor Financial Services<br>C/O Barbi Martin<br>1010 Thomas Edison Blvd Sw<br>Barbi.L.Martin@Wellsfargo.Com<br>Cedar Rapids, Ia 52404 | Unsecured | | $0.00 | $56,789.69 | $56,789.69 |
| 39 300 7100 | Dataxu<br>C/O Andy Dale<br>281 Summer Street<br>Boston, Ma 02210 | Unsecured | | $82,384.84 | $82,384.84 | $82,384.84 |
| 40 350 7200 | Gdm Private Financial Solutions<br>11400 Se 8Th St Ste 215<br>Bellevue Wa 98004 | Unsecured | | $930.00 | $930.00 | $930.00 |
| 4B 380 7300 | Internal Revenue Svc (Phil)<br>Centalized Insol Operations<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured | | $0.00 | $820.26 | $820.26 |
| 23B 380 7300 | Wa State Employment Security Department<br>Bankruptcy Unit<br>Po Box 9046<br>Olympia, Wa 98507-9046 | Unsecured | | $0.00 | $124.46 | $124.46 |
| 37B 380 7300 | Washington State Department Of Labor & Industries<br>Bankruptcy Unit<br>Po Box 44171<br>Olympia, Wa 98504 | Unsecured | | $0.00 | $271.15 | $271.15 |
| 22A 400 4120 | Hunters Capital<br>1620 Broadway, #200<br>Seattle, Wa 98122 | Secured | Secured in property not liquidated by Trustee | $0.00 | $31,999.98 | $31,999.98 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-12940-CMA  
Debtor Name: Creature, LLC  
Claims Bar Date: 2/23/2017

Date: June 27, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 11 400 4210 | U.S. Bank, N.A. Dba U.S. Bank Equipment Finance 1310 Madrid Street Marshall, Mn 56258 | Secured | Secured with assets not liquidated by Trustee | $0.00 | $8,582.16 | $8,582.16 |
| 33 400 4210 | Bank Of America, N.A. C/O John Knapp, Jr. Miller Nash Graham & Dunn Llp 2801 Alaskan Way #300 Seattle, Wa 98121 | Secured | | $58,413.64 | $47,150.43 | $47,150.43 |
| 1 400 4800 | KING COUNTY TREASURY OPERATIONS Linda Crane Nelsen 500 4th Avenue, Room 600 Seattle, WA 98104-2340 | Secured | Claim is subordinated pursuant to Section 724. | $3,644.82 | $3,644.82 | $3,644.82 |
| | Case Totals | | | $1,241,081.37 | $1,816,168.18 | $1,782,336.79 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-12940
Case Name: Creature, LLC
Trustee Name: NANCY L. JAMES

Balance on hand $ 9,932.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | KING COUNTY TREASURY OPERATIONS | $ 3,644.82 | $ 3,644.82 | $ 0.00 | $ 0.00 |
| 11 | U.S. Bank, N.A. Dba U.S. Bank Equipment Finance | $ 8,582.16 | $ 8,582.16 | $ 0.00 | $ 0.00 |
| 22A | Hunters Capital | $ 31,999.98 | $ 31,999.98 | $ 0.00 | $ 0.00 |
| 33 | Bank Of America, N.A. | $ 47,150.43 | $ 47,150.43 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 9,932.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: NANCY L. JAMES | $ 1,855.08 | $ 0.00 | $ 1,434.11 |
| Trustee Expenses: NANCY L. JAMES | $ 60.30 | $ 0.00 | $ 46.62 |
| Attorney for Trustee Fees: LIVESEY LAW FIRM | $ 7,342.50 | $ 0.00 | $ 5,676.29 |
| Attorney for Trustee Expenses: LIVESEY LAW FIRM | $ 340.59 | $ 0.00 | $ 263.30 |
| Fees: United States Trustee | $ 3,250.00 | $ 0.00 | $ 2,512.49 |

| | Total to be paid for chapter 7 administrative expenses | $ | 9,932.81 |
| | Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,893.74 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4A | Internal Revenue Svc (Phil) | $ 200.00 | $ 0.00 | $ 0.00 |
| 14 | FRANCHISE TAX BOARD | $ 821.92 | $ 0.00 | $ 0.00 |
| 23A | Wa State Employment Security Department | $ 4,461.81 | $ 0.00 | $ 0.00 |
| 37A | Washington State Department Of Labor & Industries | $ 1,410.01 | $ 0.00 | $ 0.00 |

| | Total to be paid to priority creditors | $ | 0.00 |
| | Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,669,492.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | A&E Television Networks-Digital | $ 23,756.11 | $ 0.00 | $ 0.00 |
| 3 | Bonnier Corporation | $ 49,613.69 | $ 0.00 | $ 0.00 |
| 5 | Xad, Inc. | $ 22,500.00 | $ 0.00 | $ 0.00 |
| 6 | Yahoo! Inc. | $ 62,709.06 | $ 0.00 | $ 0.00 |
| 7 | Ricoh Usa Inc | $ 800.51 | $ 0.00 | $ 0.00 |
| 8 | Scripps Networks Interactive, Inc. | $ 78,341.19 | $ 0.00 | $ 0.00 |
| 9 | Bobit Business Media | $ 4,850.00 | $ 0.00 | $ 0.00 |
| 10 | Billups, Inc. | $ 161,335.00 | $ 0.00 | $ 0.00 |
| 12 | Quantcast Corporation | $ 47,000.00 | $ 0.00 | $ 0.00 |
| 13 | Internet Brands, Inc. | $ 62,052.89 | $ 0.00 | $ 0.00 |
| 15 | Usa Today Dba Gannett Digital | $ 19,899.86 | $ 0.00 | $ 0.00 |
| 16 | Hearst Magazines | $ 33,831.39 | $ 0.00 | $ 0.00 |
| 17 | Advanstar Communications Inc | $ 15,625.00 | $ 0.00 | $ 0.00 |
| 19 | Millenial Media Llc | $ 69,894.45 | $ 0.00 | $ 0.00 |
| 20 | Aol Advertising Inc | $ 118,240.53 | $ 0.00 | $ 0.00 |
| 21 | Turner Broadcasting Sales Inc | $ 84,207.09 | $ 0.00 | $ 0.00 |
| 22B | Hunters Capital | $ 246,178.66 | $ 0.00 | $ 0.00 |
| 24 | Internet Brands, Inc. | $ 7,178.64 | $ 0.00 | $ 0.00 |
| 25 | Dstillery | $ 131,850.70 | $ 0.00 | $ 0.00 |
| 26 | Hearst Communications Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 27 | Time Inc. | $ 110,112.05 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | Maxwell Winward Llp | $ 1,966.44 | $ 0.00 | $ 0.00 |
| 29 | Integra | $ 159.15 | $ 0.00 | $ 0.00 |
| 30 | Defy Media, Llc | $ 71,962.36 | $ 0.00 | $ 0.00 |
| 31 | Tmb: Readers Digest | $ 51,481.69 | $ 0.00 | $ 0.00 |
| 32 | Xad, Inc. | $ 22,500.00 | $ 0.00 | $ 0.00 |
| 34 | Clear Channel Outdoor | $ 10,000.00 | $ 0.00 | $ 0.00 |
| 35 | Fox Sports Interactive Media Llc | $ 15,000.01 | $ 0.00 | $ 0.00 |
| 36 | National Safety Council | $ 7,271.29 | $ 0.00 | $ 0.00 |
| 38 | Wells Fargo Vendor Financial Services | $ 56,789.69 | $ 0.00 | $ 0.00 |
| 39 | Dataxu | $ 82,384.84 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 930.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 40 | Gdm Private Financial Solutions | $ 930.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,215.87 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4B | Internal Revenue Svc (Phil) | $ 820.26 | $ 0.00 | $ 0.00 |
| 23B | Wa State Employment Security Department | $ 124.46 | $ 0.00 | $ 0.00 |
| 37B | Washington State Department Of Labor & Industries | $ 271.15 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |