UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Creature, LLC | § | Case No. 16-12940 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NANCY L. JAMES, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 15,040.66           Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00    Claims Discharged
                                          Without Payment: 3,093,080.82

Total Expenses of Administration: 11,050.84

3) Total gross receipts of $ 11,050.84 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 11,050.84 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 62,058.46 | $ 91,377.39 | $ 91,377.39 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,545.53 | 13,545.53 | 11,050.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,893.74 | 6,893.74 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,593,571.83 | 1,705,469.55 | 1,671,638.16 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 2,655,630.29 | $ 1,817,286.21 | $ 1,783,454.82 | $ 11,050.84 |

4) This case was originally filed under chapter on 05/31/2016, and it was converted to chapter 7 on 08/08/2016. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2017     By:/s/NANCY L. JAMES
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | 1,500.00 |
| Refunds | 1129-000 | 550.84 |
| Volkswagon bus | 1129-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 11,050.84** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22A | Hunters Capital | 4120-000 | NA | 31,999.98 | 31,999.98 | 0.00 |
| 33 | Bank Of America, N.A. | 4210-000 | 58,413.64 | 47,150.43 | 47,150.43 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | U.S. Bank, N.A. Dba U.S. Bank Equipment Finance | 4210-000 | NA | 8,582.16 | 8,582.16 | 0.00 |
| 1 | KING COUNTY TREASURY OPERATIONS | 4800-000 | 3,644.82 | 3,644.82 | 3,644.82 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 62,058.46 | $ 91,377.39 | $ 91,377.39 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NANCY L. JAMES | 2100-000 | NA | 1,434.11 | 1,434.11 | 1,434.11 |
| NANCY L. JAMES | 2200-000 | NA | 60.30 | 60.30 | 46.62 |
| International Sureties, Ltd. | 2300-000 | NA | 3.23 | 3.23 | 3.23 |
| Union Bank | 2600-000 | NA | 105.00 | 105.00 | 105.00 |
| United States Trustee | 2950-000 | NA | 3,250.00 | 3,250.00 | 2,512.49 |
| LIVESEY LAW FIRM | 3210-000 | NA | 7,342.50 | 7,342.50 | 5,676.29 |
| LIVESEY LAW FIRM | 3220-000 | NA | 340.59 | 340.59 | 263.30 |
| James G. Murphy Co. | 3610-000 | NA | 900.00 | 900.00 | 900.00 |
| James G. Murphy Co. | 3620-000 | NA | 109.80 | 109.80 | 109.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 13,545.53 | $ 13,545.53 | $ 11,050.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Seattle | | 0.00 | NA | NA | 0.00 |
| 14 | FRANCHISE TAX BOARD | 5800-000 | NA | 821.92 | 821.92 | 0.00 |
| 4A | Internal Revenue Svc (Phil) | 5800-000 | NA | 200.00 | 200.00 | 0.00 |
| 23A | Wa State Employment Security Department | 5800-000 | NA | 4,461.81 | 4,461.81 | 0.00 |
| 37A | Washington State Department Of Labor & Industries | 5800-000 | NA | 1,410.01 | 1,410.01 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 6,893.74 | $ 6,893.74 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advertising Specialty Inst. | | 3,948.00 | NA | NA | 0.00 |
| | Ambient Control | | 735.11 | NA | NA | 0.00 |
| | American Media, Inc. | | 2,900.00 | NA | NA | 0.00 |
| | Ashbaugh Beal | | 6.00 | NA | NA | 0.00 |
| | AT&T | | 1,738.54 | NA | NA | 0.00 |
| | Comcast Business | | 203.88 | NA | NA | 0.00 |
| | Dallas Morining News | | 6,409.00 | NA | NA | 0.00 |
| | DataXu | | 0.00 | NA | NA | 0.00 |
| | Dickies | | 0.00 | NA | NA | 0.00 |
| | Discovery Digital | | 73,410.34 | NA | NA | 0.00 |
| | DMN Media | | 6,409.00 | NA | NA | 0.00 |
| | DPE Systems | | 1,242.86 | NA | NA | 0.00 |
| | ESPN | | 283,992.15 | NA | NA | 0.00 |
| | Fabricare Canada | | 2,565.00 | NA | NA | 0.00 |
| | Galvanize, Inc. | | 3,774.19 | NA | NA | 0.00 |
| | Hulu, LLC | | 35,643.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hunter Capital Real Estate LLC | | 20,680.95 | NA | NA | 0.00 |
| | iHearst Media, Inc. | | 2,077.50 | NA | NA | 0.00 |
| | Integra | | 3,818.76 | NA | NA | 0.00 |
| | Jim and Janice Haven | | 250,000.00 | NA | NA | 0.00 |
| | MacTechs | | 4,944.00 | NA | NA | 0.00 |
| | Made in Northwest, Inc. | | 240.00 | NA | NA | 0.00 |
| | Nash Country, LLC | | 4,500.00 | NA | NA | 0.00 |
| | NBC Universal, LLC | | 25,000.00 | NA | NA | 0.00 |
| | Office of the UST | | 1,950.00 | NA | NA | 0.00 |
| | Paychex of New York, LLC | | 683.79 | NA | NA | 0.00 |
| | Perform Sporting News, LLC | | 120,868.25 | NA | NA | 0.00 |
| | Philadelphia Insurance Co. | | 670.08 | NA | NA | 0.00 |
| | Robson Grieve | | 42,489.43 | NA | NA | 0.00 |
| | SpotXchange | | 17,849.02 | NA | NA | 0.00 |
| | Textile Rental Services Assoc | | 7,600.00 | NA | NA | 0.00 |
| | The Enthusiast Network | | 119,740.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Hartford | | 249.24 | NA | NA | 0.00 |
| | TI Shared | | 23,394.40 | NA | NA | 0.00 |
| | Time, Inc/Sports Illustrated | | 97,500.00 | NA | NA | 0.00 |
| | TMB:Haven Home | | 29,694.61 | NA | NA | 0.00 |
| | Tyco Integrated Security LLC | | 348.52 | NA | NA | 0.00 |
| | Vibrant Media, Inc. | | 24,678.44 | NA | NA | 0.00 |
| | Vox Media, Inc./SB Nation | | 159,356.06 | NA | NA | 0.00 |
| | Washington Athletic Club | | 745.20 | NA | NA | 0.00 |
| | West Unified Comm. Svcs, Inc. | | 248.50 | NA | NA | 0.00 |
| | Womensforum.com Inc | | 32,243.79 | NA | NA | 0.00 |
| 2 | A&E Television Networks-Digital | 7100-000 | 8,756.11 | 23,756.11 | 23,756.11 | 0.00 |
| 17 | Advanstar Communications Inc | 7100-000 | 15,625.00 | 15,625.00 | 15,625.00 | 0.00 |
| 20 | Aol Advertising Inc | 7100-000 | 110,808.99 | 118,240.53 | 118,240.53 | 0.00 |
| 10 | Billups, Inc. | 7100-000 | 161,335.00 | 161,335.00 | 161,335.00 | 0.00 |
| 9 | Bobit Business Media | 7100-000 | 4,850.00 | 4,850.00 | 4,850.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Bonnier Corporation | 7100-000 | 49,613.69 | 49,613.69 | 49,613.69 | 0.00 |
| 34 | Clear Channel Outdoor | 7100-000 | 10,000.00 | 10,000.00 | 10,000.00 | 0.00 |
| 39 | Dataxu | 7100-000 | 82,384.84 | 82,384.84 | 82,384.84 | 0.00 |
| 30 | Defy Media, Llc | 7100-000 | 71,962.36 | 71,962.36 | 71,962.36 | 0.00 |
| 25 | Dstillery | 7100-000 | 131,850.70 | 131,850.70 | 131,850.70 | 0.00 |
| 35 | Fox Sports Interactive Media Llc | 7100-000 | 15,000.00 | 15,000.01 | 15,000.01 | 0.00 |
| 26 | Hearst Communications Inc | 7100-000 | NA | 33,831.39 | 0.00 | 0.00 |
| 16 | Hearst Magazines | 7100-000 | 33,831.39 | 33,831.39 | 33,831.39 | 0.00 |
| 22B | Hunters Capital | 7100-000 | NA | 246,178.66 | 246,178.66 | 0.00 |
| 29 | Integra | 7100-000 | 277.92 | 159.15 | 159.15 | 0.00 |
| 13 | Internet Brands, Inc. | 7100-000 | 62,052.89 | 62,052.89 | 62,052.89 | 0.00 |
| 24 | Internet Brands, Inc. | 7100-000 | NA | 7,178.64 | 7,178.64 | 0.00 |
| 28 | Maxwell Winward Llp | 7100-000 | 2,181.59 | 1,966.44 | 1,966.44 | 0.00 |
| 19 | Millenial Media Llc | 7100-000 | 69,894.45 | 69,894.45 | 69,894.45 | 0.00 |
| 36 | National Safety Council | 7100-000 | 7,271.29 | 7,271.29 | 7,271.29 | 0.00 |
| 12 | Quantcast Corporation | 7100-000 | 47,000.00 | 47,000.00 | 47,000.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Ricoh Usa Inc | 7100-000 | 4,013.98 | 800.51 | 800.51 | 0.00 |
| 8 | Scripps Networks Interactive, Inc. | 7100-000 | 78,341.19 | 78,341.19 | 78,341.19 | 0.00 |
| 27 | Time Inc. | 7100-000 | NA | 110,112.05 | 110,112.05 | 0.00 |
| 31 | Tmb: Readers Digest | 7100-000 | 51,481.69 | 51,481.69 | 51,481.69 | 0.00 |
| 21 | Turner Broadcasting Sales Inc | 7100-000 | 76,520.50 | 84,207.09 | 84,207.09 | 0.00 |
| 15 | Usa Today Dba Gannett Digital | 7100-000 | 19,899.86 | 19,899.86 | 19,899.86 | 0.00 |
| 38 | Wells Fargo Vendor Financial Services | 7100-000 | NA | 56,789.69 | 56,789.69 | 0.00 |
| 32 | Xad, Inc. | 7100-000 | NA | 22,500.00 | 22,500.00 | 0.00 |
| 5 | Xad, Inc. | 7100-000 | 22,500.00 | 22,500.00 | 22,500.00 | 0.00 |
| 6 | Yahoo! Inc. | 7100-000 | 40,639.47 | 62,709.06 | 62,709.06 | 0.00 |
| 40 | Gdm Private Financial Solutions | 7200-000 | 930.00 | 930.00 | 930.00 | 0.00 |
| 4B | Internal Revenue Svc (Phil) | 7300-000 | NA | 820.26 | 820.26 | 0.00 |
| 23B | Wa State Employment Security Department | 7300-000 | NA | 124.46 | 124.46 | 0.00 |
| 37B | Washington State Department Of Labor & Industries | 7300-000 | NA | 271.15 | 271.15 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,593,571.83 | $ 1,705,469.55 | $ 1,671,638.16 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-12940 CMA | Judge: | Chris M. Alston | Trustee Name: | NANCY L. JAMES |
|---|---|---|---|---|---|
| Case Name: | Creature, LLC | | | Date Filed (f) or Converted (c): | 08/08/2016 (c) |
| | | | | 341(a) Meeting Date: | 09/08/2016 |
| For Period Ending: | 12/13/2017 | | | Claims Bar Date: | 02/23/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank of America | 15,038.92 | 0.00 | | 0.00 | FA |
| 2. Umpqu Bank | 1.74 | 1.74 | | 0.00 | FA |
| 3. Accounts Receivable | 9,500.00 | 0.00 | | 1,500.00 | FA |
| 4. Investments | Unknown | 0.00 | | 0.00 | FA |
| 5. Office equipment and furnishings | Unknown | 0.00 | | 0.00 | FA |
| 6. Volkswagon bus | 20,000.00 | 15,000.00 | | 9,000.00 | FA |
| 7. Refunds (u) | 0.00 | 0.00 | | 550.84 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $44,540.66  $15,001.74  $11,050.84  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

VW van to be auctioned in February 2017
Claims bar date 2/23/17

Initial Projected Date of Final Report (TFR): 05/23/2017     Current Projected Date of Final Report (TFR): 05/23/2017

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Case 16-12940-CMA    Doc 107    Filed 12/29/17    Ent. 12/29/17 10:09:38    Pg. 12 of 15

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 16-12940  
Case Name: Creature, LLC  
Trustee Name: NANCY L. JAMES  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX2303  
Checking  
Exhibit 9

Taxpayer ID No: XX-XXX6649  
For Period Ending: 12/13/2017  
Blanket Bond (per case limit): $63,926,457.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/16 | 3 | Lane PR Digital | ACCOUNT Receivable | 1121-000 | $1,500.00 | | $1,500.00 |
| 09/09/16 | 7 | Apple Financial Services | Refund | 1129-000 | $550.84 | | $2,050.84 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,035.84 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,020.84 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,005.84 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,990.84 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $1,975.84 |
| 02/28/17 | | James G. Murphy Co. | Sale of VW van | | $7,990.20 | | $9,966.04 |
| | | | Gross Receipts  $9,000.00 | | | | |
| | | | Auction commissions  ($900.00) | 3610-000 | | | |
| | | | Auction expenses  ($109.80) | 3620-000 | | | |
| | 6 | | Volkswagon bus  $9,000.00 | 1129-000 | | | |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,951.04 |
| 04/03/17 | 101 | International Sureties, Ltd. 701 Poydras Street, #420 New Orleans, LA  70139 | Bond No. 016027975 | 2300-000 | | $3.23 | $9,947.81 |

Page Subtotals: $10,041.04  $93.23

UST Form 101-7-TDR (10/1/2010) (Page: 13)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 16-12940  
Case Name: Creature, LLC  
Taxpayer ID No: XX-XXX6649  
For Period Ending: 12/13/2017  

Trustee Name: NANCY L. JAMES  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX2303  
Checking  
Blanket Bond (per case limit): $63,926,457.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $9,932.81 |
| 11/17/17 | 102 | NANCY L. JAMES<br>15008 63RD DRIVE, S.E.<br>SNOHOMISH, WA 98296 | Final distribution | 2100-000 | | $1,434.11 | $8,498.70 |
| 11/17/17 | 103 | NANCY L. JAMES<br>15008 63RD DRIVE, S.E.<br>SNOHOMISH, WA 98296 | Final distribution | 2200-000 | | $46.62 | $8,452.08 |
| 11/17/17 | 104 | United States Trustee<br>700 Stewart St, Suite 5103<br>Seattle, Wa 98101 | Final distribution | 2950-000 | | $2,512.49 | $5,939.59 |
| 11/17/17 | 105 | LIVESEY LAW FIRM<br>600 Stewart Street, #1908<br>Seattle, WA 98101 | Final distribution | 3210-000 | | $5,676.29 | $263.30 |
| 11/17/17 | 106 | LIVESEY LAW FIRM<br>600 Stewart Street, #1908<br>Seattle, WA 98101 | Final distribution | 3220-000 | | $263.30 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,041.04 | $10,041.04 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,041.04 | $10,041.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,041.04 | $10,041.04 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $9,947.81 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2303 - Checking | $10,041.04 | $10,041.04 | $0.00 |
|  | $10,041.04 | $10,041.04 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,009.80 |
| Total Net Deposits: | $10,041.04 |
| Total Gross Receipts: | $11,050.84 |

Page Subtotals: $0.00 $0.00